Andrew M. Calamari
Sanjay Wadhwa
Adam Grace
Kevin P. McGrath
Danielle Sallah
Jess Velona
Neal Jacobson
Attorneys for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
200 Vesey Street
New York, New York 10281
(212) 336-1100

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM MANAGEMENT (NY) LLC,<br>PLATINUM CREDIT MANAGEMENT, L.P.;<br>MARK NORDLICHT;<br>DAVID LEVY;<br>DANIEL SMALL;<br>URI LANDESMAN;<br>JOSEPH MANN;<br>JOSEPH SANFILIPPO; and<br>JEFFREY SHULSE;<br><br>Defendants. | Civil Case No.<br>ECF Case |

DOCUMENT DECLARATION OF JESS VELONA IN
SUPPORT OF EMERGENCY APPLICATION FOR AN ORDER TO
SHOW CAUSE, TEMPORARY RESTRAINING ORDER, PRELIMINARY
INJUNCTION, APPOINTMENT OF A RECEIVER, AND OTHER RELIEF

I, JESS VELONA, declare as follows:

1. I am a Senior Attorney employed by the Securities and Exchange Commission ("Commission") in its New York Regional Office. I am over 18 years old. I am a member of the bar of this Court. I am personally familiar with the facts described herein.

2. I make this Document Declaration in support of the Commission's Emergency Application for an Order to Show Cause, Temporary Restraining Order, Preliminary Injunction, Appointment of a Receiver, and Other Relief ("Order to Show Cause").

3. The documents and excerpts of documents listed below are true and correct copies of the documents and excerpts of documents described in the Commission's Memorandum of Law in support of the Order to Show Cause.

| EXHIBIT | DOCUMENT DESCRIPTION | PRODUCTION NUMBERS IF AVAILABLE |
|---|---|---|
| Ex. 1 | SEC Form ADV, Platinum Management (NY) LLC (3/30/16) | |
| Ex. 2 | Platinum Partners Value Arbitrage Fund L.P. and Subsidiaries, Audited Financial Statements (12/31/14) | |
| Ex. 3 | Platinum Partners Credit Opportunities Master Fund L.P. and Subsidiaries, Audited Financial Statements (12/31/14) | |
| Ex. 4 | Platinum Partners Liquid Opportunity Master Fund L.P. and Subsidiaries, Audited Financial Statements (12/31/14) | |
| Ex. 5 | Platinum Partners Value Arbitrage Fund (USA) L.P., Class L, Confidential Private Offering Memorandum (4/2015) | |
| Ex. 6 | Platinum Partners Credit Opportunities Fund LLC, Class C, Confidential Private Placement Memorandum (3/2015) | |
| Ex. 7 | Platinum Partners Liquid Opportunity Fund (USA) L.P., Class A, Confidential Private Offering Memorandum (2/2014) | |
| Ex. 8 | Email and attached letter (7/20/16) from Guidepost Solutions LLC to Platinum investors | FA_0000660—62 |
| Ex. 9 | Excerpts from Platinum Partners: Projected Capital Activity Report 2016 | |
| Ex. 10 | Letter agreement (7/18/16) among Guidepost Solutions LLC, Platinum Management (NY) LLC, Platinum Credit Management L.P., and Platinum Liquid Opportunity Management (NY) LLC | |
| Ex. 11 | Order (8/25/16) issued by the Grand Court of the Cayman Islands Financial Services Division | |
| Ex. 12 | Testimony of M. Nordlicht (11/30/16), *In Re Black Elk Energy Offshore Operating LLC*, Adversary No. 16-3237 (Bankr., S.D. Tx.) | |
| Ex. 13 | Testimony of D. Levy (11/29/16), *In Re Black Elk Energy Offshore Operating LLC*, Adversary No. 16-3237 (Bankr., S.D. Tx.) | |

| Ex. 14 | Draft revised letter agreement (12/16/16) among Guidepost Solutions LLC, Platinum Management (NY) LLC, Platinum Credit Management L.P., and Platinum Liquid Opportunity Management (NY) LLC | |
|---|---|---|
| Ex. 15 | Email string (11/5-6/12) ending M. Nordlicht to U. Landesman re: "Current Redemptions Nov 5, 2012.xls" | PLTNM_LAND0036832 |
| Ex. 16 | Email and attachment (2/5/14) from J. SanFilippo to M. Nordlicht and U. Landesman, copy to M. Kimelman re: "December 31 Redemption Summary.xlsx" | PLTNM_LAND0130475 |
| Ex. 17 | Excerpts from Platinum-created spreadsheet reflecting PPVA capital activity as of 3/31/15 | |
| Ex. 18 | Email string (6/16/14) ending M. Nordlicht to U. Landesman re: "Prospects" | |
| Ex. 19 | Email string (3/3/15) ending U. Landesman to M. Nordlicht | |
| Ex. 20 | Email string (4/7/15) ending U. Landesman to M. Nordlicht, copy to A. Kaplan re: "Thomvest Platinum" | |
| Ex. 21 | Excerpts from Platinum-created spreadsheet reflecting PPVA capital activity as of 9/30/15 | |
| Ex. 22 | Email string (1/15/16) ending M. Kimelman to M. Nordlicht and D. Levy re "FW: platinum" | |
| Ex. 23 | Excerpts from bank statement (7/2015), Platinum Management (NY) LLC, Sterling National Bank Account Nos. ending 0447 and 2784 | |
| Ex. 24 | Excerpts from bank statement (7/2015), Platinum Partners Value Arbitrage Fund L.P., Sterling National Bank Account No. ending 0148 | |
| Ex. 25 | Excerpts from bank statement (7/2015), Platinum Partners Value Arbitrage Fund (USA) L.P, Sterling National Bank Account Nos. ending 0455 and 0527 | |
| Ex. 26 | Excerpts from Platinum-created spreadsheet reflecting PPVA redemptions effective 6/30/15 | |

| | | |
|---|---|---|
| **Ex. 27** | Platinum Management (NY) LLC Due Diligence Questionnaire (7/2015) | |
| **Ex. 28** | Platinum Management (NY) LLC Due Diligence Questionnaire (9/2015) | |
| **Ex. 29** | Platinum Partners Value Arbitrage Fund LP, Class L tear sheet (3/2015) | |
| **Ex. 30** | Platinum Partners Value Arbitrage Fund LP, Class Q tear sheet (12/2015) | |
| **Ex. 31** | Excerpts from bank statement (8/2015), Platinum Partners Credit Opportunities Master Fund L.P., Capital One Account No. ending 5051 | |
| **Ex. 32** | Excerpts from bank statement (9/2015), Platinum Partners Credit Opportunities Master Fund L.P., Capital One Account No. ending 5051 | |
| **Ex. 33** | Excerpts from Platinum-created spreadsheet reflecting PPCO redemptions as of 6/30/15 | |
| **Ex. 34** | Excerpts from Platinum-created spreadsheet reflecting PPVA redemptions effective 6/30/15 | |
| **Ex. 35** | Excerpts from bank statement (9/12/15—10/13/15), Platinum Partners Centurion Credit International Fund Services, Capital One Account No. ending 4439 | CR_0000003013—14 |
| **Ex. 36** | Excerpts from bank statement (10/2015), Platinum Partners Credit Opportunities (BL) Fund, Capital One Account No. ending 7444 | CR_0000003128—31 |
| **Ex. 37** | Excerpts from bank statement (10/2015), Platinum Partners Credit Opportunities Master Fund, Capital One Account No. ending 5051 | SEC-PM_OCIE-E-0020928—35 |
| **Ex. 38** | Excerpts from bank statement (10/2015), Platinum Partners Value Arbitrage Fund L.P., Sterling National Bank Account No. ending 0148 | SEC-PM_OCIE-E-0022179—202 |
| **Ex. 39** | $7.2 million Promissory Note (6/17/15) issued by Platinum Partners Value Arbitrage Fund L.P. in favor of White Rock Properties LLC | CR_0000000981—88 |

| | | |
|---|---|---|
| Ex. 40 | Platinum internal spreadsheet reflecting two subscriptions to Platinum Partners Credit Opportunities Fund International Ltd., effective 10/1/15 [redacted] | |
| Ex. 41 | Platinum-created spreadsheet reflecting cashless transfers from PPCO to PPVA as of 12/1/15 | |
| Ex. 42 | Letter instructions from Teed Holdings LLC to SS&C Technologies, Inc. re: redemption and subscription [redacted] | SS&C017877 |
| Ex. 43 | Letter instructions from Lydia Capital LLC to SS&C Technologies, Inc. re: redemption and subscription [redacted] | SS&C017898 |
| Ex. 44 | Letter instructions from Perl Family Foundation to SS&C Technologies, Inc. re: redemption and subscription [redacted] | SS&C017909 |
| Ex. 45 | Letter instructions from Perl Equity Holdings LLC to SS&C Technologies, Inc. re: redemption and subscription [redacted] | SS&C017920 |
| Ex. 46 | Form instructions from Clearstream Banking S.A. to SS&C Technologies, Inc. re: redemption and subscription (12/23/15) [redacted] | SS&C017850—53 |
| Ex. 47 | Letter instructions from Next Generation TS FBO Sheldon Perl IRA to SS&C Technologies, Inc. re: redemption and subscription [redacted] | SS&C017854 |
| Ex. 48 | Platinum Partners Credit Opportunities Fund LLC Individual Account Statements (12/31/15) for Teed Holdings LLC, Lydia Capital LLC, Perl Equity Holdings LLC, and Perl Family Foundation [redacted] | SS&C013546<br>SS&C013620<br>SS&C013621<br>SS&C009840 |
| Ex. 49 | Platinum Partners Credit Opportunities Fund International Ltd. Individual Account Statement (12/31/15) for Clearstream Banking S.A. AFS [redacted] | SS&C014726 |
| Ex. 50 | Black Elk Energy Offshore Operations, LLC Annual Report on SEC Form 10-K (12/31/13) | |
| Ex. 51 | Offer to Purchase and Consent Solicitation Statement, Black Elk Energy Offshore Operations, LLC and Black Elk Energy Finance Corp. (7/16/14) | PLTNM_SMAL0409365—409 |
| Ex. 52 | Email string (3/16-17/14) ending M. Nordlicht to D. Small re: "2012 P&L" | |

| Ex. 53 | Email (4/8/14) from D. Small to D. Levy re: "consent" | |
|---|---|---|
| Ex. 54 | Email (2/6/14) from M. Nordlicht to J. Hoffman, copy to M. Piché re: "Atty client privilege" | Trustee Ex. 11 |
| Ex. 55 | Email string (3/3/14) ending M. Nordlicht to J. Shulse, copy to D. Small, M. Piché, J. Hoffman, and D. Levy re : "Confidential – Attorney Client Privilege" | Trustee Ex. 12 |
| Ex. 56 | Email string (6/2-3/14) ending M. Nordlicht to J. Shulse, copy to D. Small and D. Levy re: "Revised Second Supplemental Indenture" | |
| Ex. 57 | Email string (7/2-3/14) ending D. Small to M. Nordlicht and D. Levy re: "FW: BLELK holdings" | |
| Ex. 58 | Email and attachment (7/23/14) from D. Small to N. Marzella re: "FW: Election/Vol/Tender – Consent/BLACK ELK ENERGY OFFSHOR BLELK 13 ¾ 12/01/15/CUSIP:09203YAC5" | PLTNM_SMAL0414764—74 |
| Ex. 59 | Excerpts from bank statement (8/2014), Black Elk Energy Offshore Operations LLC, Amegy Bank of Texas reflecting wire transfers on 8/18-21/14 | |
| Ex. 60 | Excerpts from Term Loan and Security Agreement (2/27/14) among Credit Strategies LLC, ALS Capital Ventures LLC, BAM Administrative Services, and various lenders | |
| Ex. 61 | Email string and attachment (5/11/16) ending D. Narain to D. Steinberg re: "ALS funding request" | B000345784 |
| Ex. 62 | Email string and attachments (5/11/16) ending S. Adler to D. Narain, M. Edelstein, and A. Northwood, copy to FundingApprovals, S. Taylor, and M. Feuer re: "Credit Strategies LLC" | B000329296—98 |
| Ex. 63 | Excerpts from bank statement (5/2016), Credit Strategies LLC, Capital One Account No. ending 1944 | |
| Ex. 64 | Excerpts from bank statement (5/2016), Platinum Partners Credit Opportunities Master Fund L.P., Capital One Account No. ending 5051 | |
| Ex. 65 | Excerpts from bank statement (5/2016), Platinum Credit Management L.P., Capital One Account No. ending 4993 | |

| | | |
|---|---|---|
| Ex. 66 | Excerpts from bank statement (5/2016), Platinum Management (NY) LLC, Sterling National Bank, Account No. ending 0447 | |
| Ex. 67 | Excerpts from bank statement (5/2016), Platinum Partners Value Arbitrage Fund L.P., Sterling National Bank, Account No. ending 0148 | |
| Ex. 68 | Letter (11/30/16) from M. V. Fleischman, Cohn Reznick, to S. Horowitz, Platinum Credit Management LP re: resignation as auditor for PPCO-related entities | |
| Ex. 69 | Letter (6/30/16) from M. Nordlicht to limited partners of Platinum Partners Value Arbitrage Fund (USA) L.P. re: suspending redemptions and calculations of net asset value | |
| Ex. 70 | Letter (6/30/16) from M. Nordlicht to limited partners of Platinum Partners Credit Opportunities Fund (TE) LLC re: suspending redemptions and calculations of net asset value | |
| Ex. 71 | Letter (6/30/16) from M. Nordlicht to the limited partners of Platinum Partners Liquid Opportunity Fund (USA) L.P. re: suspension of redemptions and calculations of net asset value | |
| Ex. 72 | Letter (11/23/15) from M. Nordlicht to investors in Platinum Partners Value Arbitrage Fund (USA) L.P. re: creation of a side-pocket | |
| Ex. 73 | Complaint (10/26/16), *In Re Black Elk Energy Offshore Operations, LLC*, Adversary No. 16-03237, Dkt. No. 1 (Bankr., S.D. Tx.) | |
| Ex. 74 | Temporary Restraining Order (10/26/16), *In Re Black Elk Energy Offshore Operations, LLC*, Adversary No. 16-3237, Dkt. No. 7 (Bankr., S.D. Tx.) | |
| Ex. 75 | Extension of Temporary Restraining Order (12/14/16), *In Re Black Elk Energy Offshore Operations, LLC*, Adversary No. 16-3237, Dkt. No. 68 (Bankr., S.D. Tx.) | |

4. I declare that, to the best of my knowledge, the foregoing is true and correct.

Executed at New York, New York, on December 19, 2016.

_____
Jess Velona