

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
(212) 336-0095

December 23, 2016

**BY UPS**

Honorable Dora L. Irizarry                    Filed on ECF
Chief U.S. District Judge                     Docket No. 8
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **SEC v. Platinum Management (NY) LLP, et al., No. 16-6848 (DLI)/Letter Motion on Consent to Adjourn Hearing on Motion for Preliminary Injunction**

Dear Judge Irizarry:

We represent Plaintiff Securities and Exchange Commission ("SEC") in the above-captioned matter. On December 19, 2016, Judge Matsumoto entered on consent of defendants Platinum Management (NY) LLP, Platinum Credit Management, L.P. and Mark Nordlicht (together, the "TRO Defendants") an Order to Show Cause and Temporary Restraining Order (Dkt.#5) which, among other relief, set a hearing on the SEC's motion for a preliminary injunction for January 6, 2016 at 1:00 p.m. (the "PI Hearing"). Upon transfer of the case to Your Honor, the PI Hearing was rescheduled for the same day at 2:30 p.m. On December 19, Judge Matsumoto also entered on consent of the TRO Defendants an Order Appointing Receiver (the "Receiver Order") (Dkt.#6), which appointed Bart Schwartz as receiver. The TRO Defendants are the only defendants in this action affected by the Order to Show Cause, TRO, Order Appointing Receiver, and Preliminary Injunction.

After conferring with the SEC and the Receiver, the TRO Defendants have requested consent to adjourn the PI Hearing to a date of the Court's convenience that is approximately sixty (60) days out from the date of this letter (on or after March 1, 2017) and to adjourn the date for corresponding responsive and reply papers. The parties and the Receiver contemplate that during this time they will continue to discuss the scope of relief necessary in this case including the possible addition of receivership entities in an effort to resolve the SEC's motion consensually.

During this adjourned period, the parties request that the substantive relief in the TRO and the Order Appointing Receiver remain in effect including the Receiver's ability to retain counsel and professionals, upon Court approval.

No previous request for the relief sought herein has been made to the Court. Accordingly, we respectfully request that the Court adjourn the PI Hearing and corresponding responsive and reply

Honorable Dora L. Irizarry
December 23, 2016
Page 2

dates, and continue in effect the substantive provisions of the TRO and Order Appointing Receiver pending the adjourned PI Hearing.

                                  Respectfully,

                                  Neal Jacobson

Cc (via email):
Andrew J. Levander, counsel to the TRO Defendants
Bart Schwartz, Receiver