UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

     – against –

PLATINUM MANAGEMENT (NY) LLC,
PLATINUM CREDIT MANAGEMENT, L.P.,
MARK NORDLICHT, DAVID LEVY,
DANIEL SMALL, URI LANDESMAN,
JOSEPH MANN, JOSEPH SANFILIPPO,
and JEFFREY SHULSE

                   Defendants.

------------------------------------- x

Case No. 1:16-cv-06848-KAM-VMS

(ECF Case)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Jeffrey A. Brown, a member of Dechert LLP admitted to practice in this Court, enters an appearance as counsel for Defendants Platinum Management (NY) LLC, Platinum Credit Management, L.P. and Mark Nordlicht in this action.

Dated: New York, New York
       January 6, 2017

DECHERT LLP

By: /s/ Jeffrey A. Brown
    Jeffrey A. Brown
jeffrey.brown@dechert.com
1095 Avenue of the Americas
New York, New York 10036
Tel.: (212) 698-3511
Fax: (212) 698-3599

*Attorneys for Defendants Platinum Management (NY) LLC, Platinum Credit Management, L.P. and Mark Nordlicht*