

1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

**ANDREW J. LEVANDER**

andrew.levander@dechert.com
+1 212 698 3683  Direct
+1 212 698 3843  Fax

January 31, 2017

<u>**VIA CM/ECF**</u>

The Honorable Dora L. Irizarry
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  ***Securities and Exchange Commission v. Platinum Management (NY) LLC, et al.*,
<u>No. 1:16-cv-06848-DLI-VMS</u>**

Dear Chief Judge Irizarry:

We represent defendants Platinum Management (NY) LLC, Platinum Credit Management, L.P., and Mark Nordlicht in the above-referenced matter.  Pursuant to the Court's Order of January 20, 2017, we write to inform the Court that our clients consent to the Receiver's motion to lift the litigation stay in *Platinum Partners Value Arbitrage Fund, LP and Platinum Partners Liquid Opportunity Master Fund LP v. Chicago Board Options Exchange and Options Clearing Corporation,* Ch. Div. Case No. 10CH54472 (Ill. Cir. Ct., Cook Cty.), Dkt. No. 26.

Respectfully submitted,

/s/ Andrew J. Levander
Andrew J. Levander

CC:  All Counsel of Record (via CM/ECF)