

Celia Goldwag Barenholtz
+1 212 479 6330
cbarenholtz@cooley.com

Via ECF

May 24, 2017

Chief Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *SEC v. Platinum Management (NY) LLC et al.,* Civil Case No. 16-cv-6848 (DLI)(VMS)

Dear Chief Judge Irizarry:

We are counsel to Bart M. Schwartz (the "Receiver"), the court-appointed receiver for defendant Platinum Credit Management, L.P. ("Platinum Credit") and certain related entities (collectively, the "Receivership Entities"). We write to submit the public version of the First Application of Cooley LLP for Allowance of Compensation and Reimbursement of Expenses Incurred From December 19, 2016 through March 31, 2017, attached hereto as Exhibit 1, as required under Paragraphs 51-54 of the Order Appointing Receiver dated December 19, 2016, which Your Honor amended on January 30, 2017 [Document Nos. 6, 59-2].

As mentioned in our Application for Permission to file Certain Portions of the First Application of Cooley LLP for Allowance of Compensation and Reimbursement of Expenses Incurred Under Seal [Document No. 140], unredacted copies of this report will be submitted to Your Honor in hard copy, in accordance with Your Honor's Individual Rule I.G.

Respectfully submitted,

*/s/Celia Goldwag Barenholtz*
Celia Goldwag Barenholtz
COOLEY LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6000
cbarenholtz@cooley.com

*Counsel to the Receiver*

cc:      All counsel of record (via ECF)

Enclosures