Adam Grace
Kevin P. McGrath
Neal Jacobson
**Attorneys for the Plaintiff**
**SECURITIES AND EXCHANGE COMMISSION**
New York Regional Office
200 Vesey Street
New York, New York 10281
(212) 336-1100

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      **Plaintiff,**<br><br>      v.<br><br>PLATINUM MANAGEMENT (NY) LLC,<br>PLATINUM CREDIT MANAGEMENT, L.P.;<br>MARK NORDLICHT;<br>DAVID LEVY;<br>DANIEL SMALL;<br>URI LANDESMAN;<br>JOSEPH MANN;<br>JOSEPH SANFILIPPO; and<br>JEFFREY SHULSE;<br><br>      **Defendants.** | Civil Case No. 16-6848 (DLI) (VMS)<br><br>ECF CASE |

**DECLARATION OF NEAL JACOBSON PURSUANT TO LOCAL RULE 6.1(d) in SUPPORT OF APPLICATION FOR ORDER TO SHOW CAUSE**

I, NEAL JACOBSON, pursuant to 28 U.S.C. § 1746 declare as follows:

1.      I am an attorney employed by the New York Regional office of the Securities and Exchange Commission ("SEC"). I am over 18 years old and am a member of the bar of this Court. This declaration is based upon personal knowledge, knowledge of other members of the Commission staff, and the record in this case.

2. I make this declaration pursuant to Local Civil Rule 6.1(d) to show that good and sufficient reasons exist for bringing the SEC's application for entry of the Second Amended Order Appointing Receiver and Appointment of a Substitute Receiver by Order to Show Cause (the "Application").

3. By letter application dated June 23, 2017, Bart M. Schwartz applied for this Court's approval of his resignation as Receiver. [Dkt.#170]

4. In order to avoid delay and to provide certainty to the Court, investors, creditors, and persons who have dealings with the Receivership Entities, it is imperative that a substitute Receiver be appointed as soon as possible to ensure the continued orderly liquidation of the Receivership Estate.

5. The SEC is not seeking any interim relief pending a hearing on its substantive Application – it is merely seeking an expedited briefing schedule so that a substitute Receiver may be appointed as soon as is practicable.

6. Earlier today, I filed the SEC's Application and all accompanying papers on the ECF docket in this case, emailed the documents to counsel to all Defendants in this case, and advised all counsel in the email that the SEC staff would be seeking entry of the Order to Show Cause today.

7. Due to the exigent circumstances, the SEC has not sought the consent of any of the defendants in this case to the substantive relief sought in the Application.

8. No previous request has been made for the relief sought in the Application.

       I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
       June 26, 2017

                                    /s/Neal Jacobson
                                    Neal Jacobson

                                    SECURITIES AND EXCHANGE
                                     COMMISSION
                                    New York Regional Office
                                    Brookfield Place
                                    200 Vesey Street, Suite 400
                                    New York, NY 10281-1022
                                    (212) 336-0095 (Jacobson)
                                    Jacobsonn@SEC.gov