UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>PLATINUM MANAGEMENT (NY) LLC, d/b/a PLATINUM PARTNERS;<br>PLATINUM CREDIT MANAGEMENT, L.P. ;<br>MARK NORDLICHT;<br>DAVID LEVY;<br>DANIEL SMALL;<br>URI LANDESMAN;<br>JOSEPH MANN;<br>JOSEPH SANFILIPPO; and<br>JEFFREY SHULSE;<br><br>   Defendants. | Civil Case No. 16-6848(DLI)(VMS) |

## [PROPOSED] ORDER TO SHOW CAUSE

On the Application of Plaintiff Securities and Exchange Commission ("SEC") for entry of the Proposed Second Amended Order Appointing Receiver and Appointment of a Substitute Receiver in this case:

The Court has considered (1) the letter application of Bart M. Schwartz to resign as Receiver and accompanying papers [Dkt.#170]; (ii) the June 26, 2017 Declaration of Neal Jacobson, Esq. pursuant to Local Rule 6.1(d); and (iii) the June 26, 2017 memorandum in support of the SEC's application for an order to show cause.

Based upon the foregoing documents, the Court finds that a proper showing has been made for the relief granted herein.

**NOW, THEREFORE**,

### I.

**IT IS HEREBY ORDERED** that Defendants, Platinum Management (NY) LLC, Platinum Credit Management, L.P., Mark Nordlicht, David Levy, Daniel Small, Uri Landesman, Joseph Mann, Joseph SanFilippo, and Jeffrey Shulse show cause, if there be any, to this Court at _____ __.m. on the _____ day of _____ 2017, in Room _____ of the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, why this Court should not enter the Proposed Second Amended Order Appointing Receiver and appoint a substitute Receiver in this case.

### II.

**IT IS FURTHER ORDERED** that a copy of this Order and the papers supporting the SEC's Application be served upon Defendants' counsel by filing on ECF and by email on or before _____, _____ 2017.

### III.

**IT IS FURTHER ORDERED** that Defendants shall deliver any opposing papers in response to the Order to Show Cause above no later than _____, _____ 2017, at _____ a.m/p.m.  Service shall be made by delivering the papers, by hand delivery, facsimile transmission to (212) 336-1324, email at Jacobsonn@sec.gov, or overnight courier service on the SEC's counsel, Neal Jacobson, Esq., Securities and Exchange Commission, Brookfield Place, 200 Vesey Street, Suite 400, New York, NY 10281, or such other place as counsel for the SEC may direct in writing.  The SEC shall have until _____,

_____ 2017, at _____a.m./p.m. to serve, by filing on ECF and by email, any reply papers upon Defendants' counsel.

**SO ORDERED:**

Dated: Brooklyn, NY
            , 2017

_____
Chief United States District Judge