** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
Case 1:16-cv-06848-BMC   Document 216   Filed 07/06/17   Page 1 of 1 PageID #: 4761

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| July 6, 2017 5:38:23 PM EDT | | 44 | 1 | Received |

07/06/2017 5:42 PM FAX        OTTERBOURG, PC                      ☑ 0001/0001



**Otterbourg**PC

230 Park Avenue
New York, NY 10169
otterbourg.com
212 661 9100

| **Date** | **Client ID** | **Email** |
|---|---|---|
| July 6, 2017 | ▮ | ▮ |

| **From** | **Matter ID** | **Total Number of Pages (including Cover Sheet)** |
|---|---|---|
| Melanie L. Cyganowski | ▮ | 1 |

| **cc** | **Telecopier:** | |
|---|---|---|
| | ▮ | |

**Deliver To**

| NAME | FIRM/COMPANY | TELECOPIER | TELEPHONE | CONFIRMED |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ |

**Message**

In re Platinum Funds (Civil Case No. 16-6848-(DLI)(VMS)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dear Chief Judge Irizarry:

You requested my view of certain of the proposed changes to the proposed Order Appointing Receiver (Dkt. 174-2), focusing on paragraph 29. To be clear: if appointed as Receiver, my intention is to administer the receivership by exercising my business judgment in accordance with the terms of the Order (*see, e.g.*, paragraph 26), and conferring with parties-in-interest, including the SEC, as appropriate. The last two sentences of paragraph 29 of the proposed Order could, theoretically, slow down the process of administering the Receivership. Whether $1 million is the appropriate threshold is something I would address during the early days of my administration of the Receivership. Perhaps the last two sentences of paragraph 29 could be removed from the proposed Order and revisited once I have an opportunity to become more familiar with the proceedings by, among other things, meeting with the parties-in-interest and reviewing documents and information to which I am not yet privy. I can then make a recommendation to the Court on notice to all parties.

Respectfully submitted,

Melanie L. Cyganowski

| **Transmission Time** | **Sent By** | If you do not receive all of the pages or wish us to resend any portion, please call us at ▮, extension ▮ |
|---|---|---|
| Start: _____ | _____ | |
| End: _____ | | |

THE INFORMATION CONTAINED IN THIS TRANSMISSION MAY BE PRIVILEGED AND/OR CONFIDENTIAL AND IS INTENDED ONLY FOR THE INDIVIDUAL TO WHOM IT IS ADDRESSED OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE.
4819599.1