FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 10 2017 ★
BROOKLYN OFFICE

D/R

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
:
Plaintiff, :
: **ORDER AUTHORIZING**
-against- : **ARABELLA SETTLEMENT**
: **AGREEMENT**
PLATINUM MANAGEMENT (NY) LLC; :
PLATINUM CREDIT MANAGEMENT, L.P.; : Docket No. 16-CV-6848 (DLI) (VMS)
MARK NORDLICHT; :
DAVID LEVY; :
DANIEL SMALL; :
URI LANDESMAN; :
JOSEPH MANN; :
JOSEPH SANFILIPPO; and :
JEFFREY SCHULSE, :
:
Defendants. :
----------------------------------------------------------------x

Upon (i) the Receiver's letter application dated April 25, 2017; (ii) the Declaration of Bart M. Schwartz, dated April 25, 2017, attached thereto as Exhibit 1; (iii) the Declaration of Michael E. Baum, dated April 24, 2017 (and the exhibits thereto) attached thereto as Exhibit 2; (iv) the Declaration of Stephen B. O'Connell, dated April 24, 2017;

**NOW, THEREFORE** after due deliberation and sufficient case appearing therefor, and no objection to the relief requested having been raised, it is hereby:

**ORDERED** that the Receiver's application is granted, and pursuant to the application, the Receiver's entry into the Arabella Settlement Agreement, attached as Exhibit A to the Declaration of Michael E. Baum is approved.

Dated: Brooklyn, New York
July 7, 2017

S/ DLI
_____
THE HON. DORA L. IRIZARRY
CHIEF JUDGE