# LEVINE LEE LLP
## NEW YORK

650 Fifth Avenue
New York, New York 10019
212 223 4400 main
212 223 4425 fax
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

August 22, 2017

**VIA ECF & FEDEX**
The Honorable Dora L. Irizarry
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**  *United States Securities and Exchange Commission v. Platinum Management (NY) LLC et al.,* No. 1:16-cv-06848-(DLI) (VMS)

Dear Chief Judge Irizarry:

  We represent Defendant Daniel Small in the above-referenced matter.

  Pursuant to the Court's standing order, we write to inform the Court that Mr. Small takes no position on the Receiver's application for an order approving the Receiver's settlement with Heartland Bank (Dkt. Nos. 242-244).

            Respectfully submitted,

            /s/ Seth L. Levine
            Seth L. Levine
            Tracy Lee Dayton

cc:  All Counsel of Record (via ECF)