# EXHIBIT B

# SUMMARY OF NUMBER OF HOURS AND SERVICES RENDERED BY EACH PROFESSIONAL/PARAPROFESSIONAL BY CATEGORY

### Asset Analysis and Recovery

| Name of Professional/Paraprofessional | Rate/hour | Hours | No Charge Hours | Fees |
|---|---|---|---|---|
| Howard M. Borin | 385.00 | 15.4 | | 5,929.00 |
| Howard M. Borin | | | 1.6 | n/a |
| Jason L. Weiner | 275.00 | 375.6 | | 103,290.00 |
| Jason L. Weiner | 265.00 | 3.3 | | 874.50 |
| Jason L. Weiner | 137.50 | 25.8 | | 3,547.50 |
| Jason L. Weiner | | | 23.1 | n/a |
| Jeffery J. Sattler | 275.00 | 7.9 | | 2,172.50 |
| Jeffery J. Sattler | | | 3.3 | n/a |
| John J. Stockdale, Jr. | 275.00 | .30 | | 82.50 |
| Joseph K. Grekin | 360.00 | 70.3 | | 25,308.00 |
| Joseph K. Grekin | 275.00 | 53.4 | | 14,685.00 |
| Joseph K. Grekin | 180.00 | 12.5 | | 2,250.00 |
| Joseph K. Grekin | | | 22.2 | n/a |
| Michael E. Baum | 465.00 | 179.95 | | 83,676.75 |
| Michael E. Baum | 275.00 | 176.15 | | 48,441.25 |
| Michael E. Baum | 232.50 | 43.0 | | 9,997.50 |
| Michael E. Baum | | | 12.9 | n/a |
| Nicholas R. Marcus | 245.00 | 245.4 | | 60,123.00 |
| Nicholas R. Marcus | 122.50 | 8.0 | | 980.00 |
| Nicholas R. Marcus | | | 30.9 | n/a |
| Nancy Mack (Paralegal) | 150.00 | 4.7 | | 705.00 |
| Nancy Mack (Paralegal) | | | 3.8 | n/a |
| **TOTAL** | | **1221.7** | **97.8** | **$362,062.50** |

**Asset Disposition**

| Name of Professional/Paraprofessional | Rate/hour | Hours | No Charge Hours | Fees |
|---|---|---|---|---|
| Jason L. Weiner | 275.00 | 4.4 | | 1,210.00 |
| Jason L. Weiner | 265.00 | 1.1 | | 291.50 |
| John J. Stockdale, Jr. | 325.00 | .20 | | 65.00 |
| Joseph K. Grekin | 360.00 | 19.0 | | 6,840.00 |
| Joseph K. Grekin | 275.00 | .30 | | 82.50 |
| Joseph K. Grekin | 180.00 | 9.30 | | 1,674.00 |
| Joseph K. Grekin | | | 1.7 | n/a |
| Michael E. Baum | 465.00 | 60.0 | | 27,900.00 |
| Michael E. Baum | 275.00 | 34.0 | | 9,350.00 |
| Michael E. Baum | | | 4.0 | n/a |
| Nicholas R. Marcus | 245.00 | 7.4 | | 1,813.00 |
| Nancy Mack (Paralegal) | 150.00 | 1.0 | | 150.00 |
| **TOTAL** | | **136.7** | **5.7** | **$49,376.00** |

## Case Administration

| Name of Professional/Paraprofessional | Rate/hour | Hours | No Charge Hours | Fees |
|---|---|---|---|---|
| Daniel J. Weiner | 465.00 | 6.1 | | 2,836.50 |
| Howard M. Borin | 385.00 | 2.6 | | 1,001.00 |
| Jason L. Weiner | 275.00 | 14.9 | | 4,097.50 |
| Jason L. Weiner | | | 2.7 | n/a |
| Joseph K. Grekin | 360.00 | 16.4 | | 5,904.00 |
| Joseph K. Grekin | | | 10.0 | n/a |
| Michael E. Baum | 465.00 | 37.65 | | 17,507.25 |
| Michael E. Baum | 275.00 | 35.5 | | 9,762.50 |
| Michael E. Baum | | | .50 | n/a |
| Nicholas R. Marcus | 245.00 | 18.9 | | 4,630.50 |
| Nicholas R. Marcus | | | 1.3 | n/a |
| Nancy Mack (Paralegal) | 150.00 | 8.3 | | 1,245.00 |
| Nancy Mack (Paralegal) | | | 52.3 | n/a |
| **TOTAL** | | **140.35** | **66.8** | **$46,984.25** |

## Claims Administration and Objections

| Name of Professional/Paraprofessional | Rate/hour | Hours | No Charge Hours | Fees |
|---|---|---|---|---|
| Jason L. Weiner | 275.00 | .30 | | 82.50 |
| Michael E. Baum | 465.00 | 2.0 | | 930.00 |
| Nicholas R. Marcus | 245.00 | 1.2 | | 294.00 |
| Nancy Mack (Paralegal) | | | .20 | n/a |
| **TOTAL** | | **3.5** | **.20** | **$1,306.50** |

## SUMMARY OF COSTS AND EXPENSES INCURRED BY APPLICANT

| EXPENSE | AMOUNT |
|---|---:|
| Airline | $10,037.59 |
| Conference Calling | 188.14 |
| Copies (0.15 cents/page) | 748.35 |
| Court Reporter | 140.00 |
| Expenses (Computing Source) | 8,016.44 |
| Federal Express | 508.18 |
| Filing Fees | 50.00 |
| Hotels | 4,562.16 |
| Meals | 2,473.49 |
| Mileage | 198.65 |
| Out-of-Town Travel | 244.55 |
| Parking | 549.00 |
| Postage | 2.30 |
| Research | 850.39 |
| Taxi/Uber | 628.62 |
| **Total** | **$29,197.86** |





**The Travel Exchange**
755 West Big Beaver Road, Suite 100
Troy, MI 48084
Phone: (248) 269-9721 Fax: (248) 269-9769
Toll Free: (800) 346-8054



**Tuesday, 10JAN 2017 04:01 PM EST**
**Passengers:** MICHAEL E BAUM
**Agency Record Locator:** LQUCMP
<u>Click here</u> to add to your calendar.

**Please inspect your itinerary immediately.**
The Travel Exchange will not be responsible for errors made 24 hours after ticket issuance.

| | |
|---|---|



**Delta Air Lines**
**From:** Detroit Metro MI, USA
**To:** New York La Guardia NY, USA
**Stops:** Nonstop
**Seats:** 04B
**Equipment:** McDonnell Douglas MD-80 Jet
DEPARTS DTW TERMINAL EM - ARRIVES LGA TERMINAL D
**Frequent Flyer Number:** DL4014676011
**Delta Air Lines Confirmation number is G856QE**

**Flight Number:** 2183
**Depart:** 10:00 AM
**Arrive:** 11:59 AM
**Duration:** 1 hour(s) 59 minute(s)
**Status:** CONFIRMED
**MEAL: NO MEAL SERVICE**

**Class: F-First**

**Miles: 485 / 776 KM**

**Hilton Newark Airport (HILTON)**
1170 Spring Street Elizabeth NJ 072012114
**Number of Rooms:** 1
**Phone:** 1-908-351-3900
**Rate:** USD 149.99
**Check Out:** Friday, 13JAN 2017

**Confirmation Number:** 3307046042
Fax: 1-908-351-9556
Room GUARANTEED TO VISA
**Reserved For:** BAUM MICHAELE

Guaranteed to: VI********18363
Hotel cancellation policy: CXL 1 DAY PRIOR TO ARRIVAL
Approximate total: TTL-176.99 USD
HONORS NUMBER 242 768 835



**Delta Air Lines**
**From:** Newark NJ, USA
**To:** Detroit Metro MI, USA
**Stops:** Nonstop
**Seats:** 03A
**Equipment:** Boeing 717 Jet
DEPARTS EWR TERMINAL B - ARRIVES DTW TERMINAL EM
**Frequent Flyer Number:** DL4014676011

**Flight Number:** 1636
**Depart:** 05:45 AM
**Arrive:** 07:52 AM
**Duration:** 2 hour(s) 7 minute(s)
**Status:** CONFIRMED
**MEAL: NO MEAL SERVICE**

 

**Class: P-First**

**Miles: 485 / 776 KM**



**Delta Air Lines Confirmation number is G856QE**

**Ticket/Invoice Information**

Ticket for:     MICHAEL.E BAUM
Date issued:    01/10/2017       Invoice nbr: 338449
Ticket Nbr:     0067972566219    Electronic Tkt: Yes    Amount: 1561.40 USD
Form of Payment:    VI**********8363

Service Fee:    MICHAEL.E BAUM
Date issued:    01/10/2017       Invoice Nbr: 338449
Document Nbr: 8900710562379                  Amount: 25.00 USD
Form of Payment:    VI**********8363

Base Fare:   1426.04
Tax:       135.36
Air Fare:    1561.40
Total Air Fare:   1561.40
Service Fee:    25.00
Total Invoiced:    1586.40

**Click here 24 hours in advance to obtain boarding passes:**
Delta

**Click here for carrier Baggage policies and fees:**
Delta
Check operating carrier website for any policies that may vary.

**Baggage charges may apply.** Check carrier's website for most current policy and fees.

A valid passport is required when departing the continental U.S.
A visa may also be required when traveling to certain countries.
Please verify proper documentation requirements.
Additional information is available on www.state.gov

********PROPER DOCUMENTATION REQUIRED**********
A VALID PASSPORT IS REQUIRED FOR ALL INTERNATIONAL
TRAVEL. MANY COUNTRIES REQUIRE A VISA FOR ENTRY
**VERIFY ALL DOCUMENTATION REQUIREMENTS PRIOR TO**
*****************TRAVEL************************
PLEASE INSPECT YOUR E-TICKET ITINERARY IMMEDIATELY
THE TRAVEL EXCHANGE WILL NOT BE RESPONSIBLE FOR
ERRORS MADE 24 HOURS AFTER TICKET ISSUANCE
ADDITIONAL BAGGAGE CHARGES MAY APPLY
FEDERAL LAW FORBIDS THE CARRIAGE OF HAZARDOUS
MATERIALS ABOARD AIRCRAFT IN YOUR LUGGAGE OR ON
YOUR PERSON. A VIOLATION CAN RESULT IN CIVIL
PENALTIES.

*Platinum*
*Approve*
*Mtn to...*
*actions by trustee*



## THE TRAVEL EXCHANGE
### a TRAVEL LEADERS associate

The Travel Exchange
755 West Big Beaver Road, Suite 100
Troy, MI 48084
Phone: (248) 269-9721 Fax: (248) 269-9769
Toll Free: (800) 346-8054

Friday, 27JAN 2017 03:12 PM EST
**Passengers: MICHAEL E BAUM**
Agency Record Locator: MUSADN

<u>Click here</u> to add to your calendar.

$ 1,151 40

**Please inspect your itinerary immediately.**
The Travel Exchange will not be responsible for errors made 24 hours after ticket issuance.

 

**Delta Air Lines**
OPERATED BY COMPASS DBA DELTA CONNECTION
**From:** Detroit Metro MI, USA
**To:** Austin TX, USA
Stops: Nonstop
Seats: 04C
Equipment: EMBRAER EMB 175
DEPARTS DTW TERMINAL EM
Frequent Flyer Number: DL4014676011
**Delta Air Lines Confirmation number is F7P6CX**
Kosher meal requested

**Flight Number:** 5829          Class: A-First

**Depart:** 03:26 PM
**Arrive:** 06:01 PM
Duration: 3 hour(s) 35 minute(s)
Status: CONFIRMED
MEAL: LUNCH

Miles: 1155 / 1848 KM

  

**Westin Austin Downtown (WESTIN)**
310 East 5th Street Austin TX US 78701
**Number of Rooms:** 1
**Phone:** 15123912333
**Rate:** USD 234.00
**Check Out:** Monday, 30JAN 2017

**Confirmation Number:** 311997267
Fax: 15123200333
Room GUARANTEED TO VISA
**Reserved For:** BAUM MICHAELE

Guaranteed to: VI********18363
Hotel cancellation policy: CXL AFTR 27 JAN 2017 TM 1600 PENALTY 234.00 USD
Approximate total: TTL-270.51 USD/BAS 234.00/SUR 0.00

**Delta Air Lines**
OPERATED BY ENDEAVOR AIR DBA DELTA CONNECTION
**From:** Austin TX, USA
**To:** Detroit Metro MI, USA
Stops: Nonstop

**Flight Number:** 4184          Class: A-First

**Depart:** 05:24 PM
**Arrive:** 09:20 PM
Duration: 2 hour(s) 56 minute(s)

Seats: 04D

Status: CONFIRMED

Miles: 1155 / 1848 KM

Equipment: Canadair Regional Jet

MEAL: DINNER

ARRIVES DTW TERMINAL EM

Frequent Flyer Number: DL4014676011

**Delta Air Lines Confirmation number is F7P6CX**

Kosher meal requested



HAVE A SAFE TRIP

**Ticket/Invoice Information**

Total Air Fare:   0.00

Total Invoiced:   0.00

**Click here 24 hours in advance to obtain boarding passes:**

Delta

**Click here for carrier Baggage policies and fees:**

Delta

Check operating carrier website for any policies that may vary.

**Baggage charges may apply.** Check carrier's website for most current policy and fees.

A valid passport is required when departing the continental U.S.

A visa may also be required when traveling to certain countries.

Please verify proper documentation requirements.

Additional information is available on www.state.gov

*********PROPER DOCUMENTATION REQUIRED**********

A VALID PASSPORT IS REQUIRED FOR ALL INTERNATIONAL

TRAVEL. MANY COUNTRIES REQUIRE A VISA FOR ENTRY

**VERIFY ALL DOCUMENTATION REQUIREMENTS PRIOR TO**

*****************TRAVEL************************

PLEASE INSPECT YOUR E-TICKET ITINERARY IMMEDIATELY

THE TRAVEL EXCHANGE WILL NOT BE RESPONSIBLE FOR

ERRORS MADE 24 HOURS AFTER TICKET ISSUANCE

ADDITIONAL BAGGAGE CHARGES MAY APPLY

FEDERAL LAW FORBIDS THE CARRIAGE OF HAZARDOUS

MATERIALS ABOARD AIRCRAFT IN YOUR LUGGAGE OR ON

YOUR PERSON. A VIOLATION CAN RESULT IN CIVIL

PENALTIES.

**Michael Baum**

**Subject:**                    FW: Ticketed itinerary for MICHAEL E BAUM on 1/29/17 to Austin TX United States Of
                                America

**From:** Michael Hochheiser [mailto:Michael@travelexchangemi.com]
**Sent:** Tuesday, January 31, 2017 4:33 PM
**To:** Michael Baum <MBaum@schaferandweiner.com>
Subject: RE: Ticketed itinerary for MICHAEL E BAUM on 1/29/17 to Austin TX United States Of America

**ITINERARY/INVOICE**
AMT   AIR FARE                    1021.40
    TAX                   105.00
    TOTAL AIR FARE            1126.40
    SERVICE FEE            25.00
    AMOUNT CHARGED                1151.40

**Michael Hochheiser| Travel Consultant/Israel Specialist**
The Travel Exchange
755 W. Big Beaver Rd. Ste. 100 | Troy, MI 48084
Direct  248.353.5811
Office  248.269.9721
www.travelexchangemi.com





**From:** Michael Baum [mailto:MBaum@schaferandweiner.com]
**Sent:** Tuesday, January 31, 2017 4:30 PM
**To:** Michael Hochheiser <Michael@travelexchangemi.com>
Subject: FW: Ticketed itinerary for MICHAEL E BAUM on 1/29/17 to Austin TX United States Of America

What was the amount charged for this flight?
The attached itinerary says $0.00

Thanks
Janice.

*Platinum*

---

**Daphne Peck**

---

**From:** Jason L. Weiner <weiner.jason@gmail.com>
**Sent:** Wednesday, February 15, 2017 1:12 PM
**To:** Daphne Peck
**Subject:** Fwd: Your Flight Receipt - JASON LOREN WEINER 16FEB17

Begin forwarded message:

> **From:** "Delta Air Lines" <DeltaAirLines@e.delta.com>
> **Date:** February 14, 2017 at 10:40:49 AM EST
> **To:** weiner.jason@gmail.com
> **Subject: Your Flight Receipt - JASON LOREN WEINER 16FEB17**
> **Reply-To:** "Delta Air Lines" <support-b3qtbp3bfpayqkauzqx8kqcavbh178@e.delta.com>



### ▲ DELTA

**Hello, JASON LOREN**

SkyMiles #:::::::1553::

**Your Trip Confirmation #: HOISYW**          **MANAGE MY TRIP >**

| Thu, 16FEB | DEPART | ARRIVE |
|---|---|---|
| DELTA AIR LINES INC 6084* FIRST (P) | DETROIT 12:00N | DALLAS-FT WORTH 2:21pm |
| **Fri, 17FEB** | **DEPART** | **ARRIVE** |
| DELTA AIR LINES INC 5706* FIRST (A) | DALLAS-FT WORTH 3:22pm | DETROIT 7:04pm |

*Flight 6084 Operated by REPUBLIC AIRLINE DBA DELTA CONNECTION
*Flight 5706 Operated by COMPASS DBA DELTA CONNECTION

**U.S. DOT BANS SAMSUNG NOTE 7 DEVICE**

The U.S. Department of Transportation has issued an emergency order that bans all Samsung Galaxy Note 7 devices from commercial air transport effective at noon Eastern Time on October 15.

Delta customers should comply by not traveling with this device in any form, whether on their person, in a carry-on bag, in a checked bag or shipped as cargo.

The U.S. DOT has provided additional information about the ban on their website.

## RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, Delta no longer accepts **hoverboards or any lithium battery powered self-balancing personal transportation devices** on board its aircraft. These items are prohibited as both carry-on and checked baggage.

**Spare batteries for other devices, fuel cells, and e-cigarettes** are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, **they must be removed and carried in the cabin.** Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| JASON LOREN WEINER | DELTA AIR LINES INC 6084 | 04C |
| SkyMiles #*******553 | DELTA AIR LINES INC 5706 | 04D |
| Gold | | |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062372520861

Place of Issue: Delta.com

Ticket Issue Date: 14FEB17

Ticket Expiration Date: 14FEB18

## METHOD OF PAYMENT

AX***********1002                                                         **$1049.40 USD**

## CHARGES

**Air Transportation Charges**

Base Fare                                                                 $949.77 USD

**Taxes, Fees and Charges**

United States - September 11th Security Fee(Passenger             $11.20 USD
Civil Aviation Security Service Fee) (AY)

United States - Transportation Tax (US)                           $71.23 USD

United States - Passenger Facility Charge (XF)                    $9.00 USD

United States - Flight Segment Tax (ZP)                           $8.20 USD

# THE TRAVEL EXCHANGE

a TRAVEL LEADERS associate

The Travel Exchange
755 West Big Beaver Road, Suite 100
Troy, MI 48084
Phone: (248) 269-9721 Fax: (248) 269-9769
Toll Free: (800) 346-8054

MB
JOE

$942^{40} @ 2 + 50 = 1934^{80}$
$+250$
$2,184.8$

Monday, 13MAR 2017 02:30 PM EDT
Passengers: MICHAEL E BAUM
JOSEPH K GREKIN
Agency Record Locator: NGDIS4
Click here to add to your calendar.

Please inspect your itinerary immediately.
The Travel Exchange will not be responsible for errors made 24 hours after ticket issuance.

| AIR | Sunday, 26MAR 2017 |  |
|---|---|---|

**Delta Air Lines**
OPERATED BY COMPASS DBA DELTA CONNECTION
From: Detroit Metro MI, USA
To: Austin TX, USA
Stops: Nonstop
Seats: 04C, 04D
Equipment: EMBRAER EMB 175
DEPARTS DTW TERMINAL EM
Frequent Flyer Number: DL4014676011 for MICHAEL E BAUM
**Delta Air Lines Confirmation number is HO39Y7**
Kosher meal requested

Flight Number: 5829

Depart: 03:35 PM
Arrive: 06:04 PM
Duration: 3 hour(s) 29 minute(s)
Status: CONFIRMED
MEAL: LUNCH

Class: A-First

Miles: 1155 / 1848 KM

| AIR | Tuesday, 28MAR 2017 | |
|---|---|---|

**Delta Air Lines**
OPERATED BY ENDEAVOR AIR DBA DELTA
CONNECTION
From: Austin TX, USA
To: Detroit Metro MI, USA
Stops: Nonstop
Seats: 01C, 01D
Equipment: Canadair Regional Jet
ARRIVES DTW TERMINAL EM
Frequent Flyer Number: DL4014676011 for MICHAEL E BAUM
**Delta Air Lines Confirmation number is HO39Y7**
Kosher meal requested

Flight Number: 3793

Depart: 05:22 PM
Arrive: 09:19 PM
Duration: 2 hour(s) 57 minute(s)
Status: CONFIRMED
MEAL: DINNER

Class: A-First

Miles: 1155 / 1848 KM

**Ticket/Invoice Information**

Ticket for:     JOSEPH.K GREKIN
Date issued:   03/13/2017      Invoice nbr: 340262
Ticket Nbr:    0067976786995   Electronic Tkt: Yes   Amount: 942.40 USD
Form of Payment: AX***********1007

Page 1 of

```
Ticket for:       MICHAEL E BAUM
Date issued:      03/13/2017          Invoice nbr: 340262
Ticket Nbr:       0067976786994       Electronic Tkt: Yes    Amount: 942.40 USD
Form of Payment:  AX***********1007

Service Fee:      MICHAEL E BAUM
Date issued:      03/13/2017          Invoice Nbr: 340262
Document Nbr:     8900711351687                             Amount: 50.00 USD
Form of Payment:  AX***********1007
```

```
Base Fare:   1516.16
Tax:          368.64
Air Fare:    1884.80
Total Air Fare:  1884.80
Service Fee:    50.00
Total Invoiced:  1934.80
```

**Click here 24 hours in advance to obtain boarding passes:**
Delta

**Click here for carrier Baggage policies and fees:**
Delta
Check operating carrier website for any policies that may vary.

**Baggage charges may apply.** Check carrier's website for most current policy and fees.

A valid passport is required when departing the continental U.S.
A visa may also be required when traveling to certain countries.
Please verify proper documentation requirements.
Additional information is available on www.state.gov

********PROPER DOCUMENTATION REQUIRED**********
A VALID PASSPORT IS REQUIRED FOR ALL INTERNATIONAL
TRAVEL. MANY COUNTRIES REQUIRE A VISA FOR ENTRY
**VERIFY ALL DOCUMENTATION REQUIREMENTS PRIOR TO**
*****************TRAVEL************************
PLEASE INSPECT YOUR E-TICKET ITINERARY IMMEDIATELY
THE TRAVEL EXCHANGE WILL NOT BE RESPONSIBLE FOR
ERRORS MADE 24 HOURS AFTER TICKET ISSUANCE
ADDITIONAL BAGGAGE CHARGES MAY APPLY
FEDERAL LAW FORBIDS THE CARRIAGE OF HAZARDOUS
MATERIALS ABOARD AIRCRAFT IN YOUR LUGGAGE OR ON
YOUR PERSON. A VIOLATION CAN RESULT IN CIVIL
PENALTIES.

 Transaction Details Prepared for
Michael E Baum
Account Number
XXXX-XXXXXX-91007

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| MAR 29 2017 | DELTA AIR LINES - ATLANTA | $250.00 |

Doing business as:

**DELTA AIR LINES**

View Details on Merchant Website

1030 DELTA BLVD

DEPT 680

ATLANTA

GEORGIA

30354

UNITED STATES OF AMERICA (THE)

800.221.1212

Additional Information: 18002211212

DELTA AIR LINES

Reference: 320170880168209073

Category: Travel - Airline

Flight Details

Passenger Name: BAUM/MICHAELE

Ticket Number: 0067976786994

Document Type: ADDITIONAL COLLECTION

*change fee to*
*leave Wed.*
*no 28°*

**Daphne Peck**

| | |
|---|---|
| **From:** | Jason L. Weiner <weiner.jason@gmail.com> |
| **Sent:** | Monday, March 20, 2017 4:25 PM |
| **To:** | Daphne Peck |
| **Subject:** | Fwd: Your Flight Receipt - JASON L WEINER 26MAR17 |

Begin forwarded message:

> **From:** "Delta Air Lines" <DeltaAirLines@e.delta.com>
> **Date:** March 19, 2017 at 10:16:05 AM EDT
> **To:** weiner.jason@gmail.com
> **Subject: Your Flight Receipt - JASON L WEINER 26MAR17**
> **Reply-To:** "Delta Air Lines" <support-b3kzrwsbfpayqkauzqx8kqcavbh1jz@e.delta.com>



### ▲ DELTA

**Hello, JASON L**

**Your Trip Confirmation #: GO5CTP**          **MANAGE MY TRIP >**

| Sun, 26MAR | DEPART | ARRIVE |
|---|---|---|
| DELTA AIR LINES INC 2037 FIRST (A) | NYC-KENNEDY 6:25pm | AUSTIN, TX 10:04pm |
| Tue, 28MAR | DEPART | ARRIVE |
| DELTA AIR LINES INC 3793* FIRST (P) | AUSTIN, TX 5:22pm | DETROIT 9:19pm |

*Flight 3793 Operated by ENDEAVOR AIR DBA DELTA CONNECTION

---

**U.S. DOT BANS SAMSUNG NOTE 7 DEVICE**

The U.S. Department of Transportation has issued an emergency order that bans all Samsung Galaxy Note 7 devices from commercial air transport effective at noon Eastern Time on October 15.

Delta customers should comply by not traveling with this device in any form, whether on their

1

person, in a carry-on bag, in a checked bag or shipped as cargo.

The U.S. DOT has provided additional information about the ban on their website.

## RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, Delta no longer accepts **hoverboards or any lithium battery powered self-balancing personal transportation devices** on board its aircraft. These items are prohibited as both carry-on and checked baggage.

**Spare batteries for other devices, fuel cells, and e-cigarettes** are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, **they must be removed and carried in the cabin.** Further information and specific guidelines regarding restricted items can be found here.

## KNOW BEFORE YOU GO

Due to increased TSA wait times, please arrive at John F. Kennedy International Airport (JFK) 2 hours before your scheduled departure time for all domestic flights and 3 hours before all international flights.

## Passenger Info

| NAME | FLIGHT | SEAT |
|------|--------|------|
| JASON L WEINER | DELTA AIR LINES INC 2037 | 02B |
| SkyMiles #*******553 | DELTA AIR LINES INC 3793 | 02D |
| Gold | | |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062179991219

Place of Issue: Delta Reservations

Ticket Issue Date: 19MAR17

Ticket Expiration Date: 19MAR18

## METHOD OF PAYMENT

AX***********1002

**$1105.40 USD**

## CHARGES

**Air Transportation Charges**

Base Fare                                    $1001.86 USD

**Taxes, Fees and Charges**

United States - September 11th Security Fee(Passenger        $11.20 USD
Civil Aviation Security Service Fee) (AY)

2

| | |
|---|---|
| United States - Transportation Tax (US) | $75.14 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $8.20 USD |
| **TICKET AMOUNT** | **$1105.40 USD** |

NONREF/PENALTY APPLIES

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: NYC DL AUS417.67KA7OA0FJ DL DTT584.19HA0NA0MQ/WNUPL USD1001.86END ZP JFKAUS XF JFK4.5AUS4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

| Sun 26 Mar 2017 | DELTA AIR LINES INC: JFK-AUS | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE | FREE |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

| Tue 28 Mar 2017 | DELTA AIR LINES INC: AUS-DTW | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE | FREE |

**Transportation of Hazardous Materials**

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

**MORE CHOICES. MORE MILES. NOW WITH AIRBNB.**

SkyMiles® brings you more ways to earn miles through our new partnership with Airbnb.

 airbnb

**Daphne Peck**

| | |
|---|---|
| **From:** | Jason L. Weiner <weiner.jason@gmail.com> |
| **Sent:** | Friday, March 31, 2017 9:09 AM |
| **To:** | Daphne Peck |
| **Subject:** | Fwd: Your Flight Receipt - JASON L WEINER 29MAR17 |

---------- Forwarded message ----------
From: **Delta Air Lines** <DeltaAirLines@e.delta.com>
Date: Tue, Mar 28, 2017 at 5:27 PM
Subject: Your Flight Receipt - JASON L WEINER 29MAR17
To: weiner.jason@gmail.com



# DELTA

**Hello, JASON L**                    SkyMiles

**Your Trip Confirmation #: GOSCTP**          **MANAGE MY TRIP >**

| **Wed, 29MAR** | **DEPART** | **ARRIVE** |
|---|---|---|
| DELTA AIR LINES INC 844 FIRST (A) | AUSTIN, TX 7:15am | DETROIT 11:08am |

### RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, Delta no longer accepts **hoverboards or any lithium battery powered self-balancing personal transportation devices** on board its aircraft. These items are prohibited as both carry-on and checked baggage.

**Spare batteries for other devices, fuel cells, and e-cigarettes** are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, **they must be removed and carried in the cabin.** Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

| **NAME** | **FLIGHT** | **SEAT** |
|---|---|---|
| JASON L WEINER SkyMiles #*******553 | DELTA AIR LINES INC 844 | 03C |

1

Gold

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062179371412

Place of Issue: Delta Reservations

Ticket Issue Date: 28MAR17

Ticket Expiration Date: 19MAR18

### METHOD OF PAYMENT

AX***********1002

**$46.00 USD**

### CHARGES

**Air Transportation Charges**

| | |
|---|---|
| Base Fare | $858.60 USD |

**Taxes, Fees and Charges**

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $64.40 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $8.20 USD |
| **TICKET AMOUNT** | **$951.40 USD** |

Fare Difference - $(143.26) USD

Taxes, Fees & Charges - $(10.74) USD

Service Charge - $200.00 USD

**Total Charged - $46.00 USD**

NON-REF/NON-END - PENALTY APPLIES

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: JFK DL AUS417.67KA7OA0FJ DL DTT440.93KA7QA0MA/WNUPL USD858.60END ZP JFKAUS XF JFK4.5AUS4.5

## Service Charges and Fees

Service Charge/Fee #0062179371412



Transaction Details Prepared for
Michael E Baum
Account Number
XXXX-XXXXXX-81007



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| APR 20 2017 | AMERICAN EXPRESS TRAVEL - CHICAGO, IL | $291.00 |

**Doing business as:**

**DELTA AIR LINES**
View Details on Merchant Website

ATLANTA AIRPORT

-

ATLANTA

GEORGIA

30320

UNITED STATES OF AMERICA (THE)

Additional Information: 042804 AIRLINE/AIR CARRIER
DELTA AIR LINES INC.
Reference: 32017117058344387B
Category: Travel - Airline

**Flight Details**

| DETROIT WAYNE COUN | ✈ | DALLAS/FORT WORTH |
| DALLAS/FORT WORTH | ✈ | DETROIT WAYNE COUN |

Passenger Name: BAUM/MICHAEL E
Date of Departure: 04/26
Ticket Number: 0007967665026
Document Type: PASSENGER TICKET

**Michael Baum**

| | |
|---|---|
| **From:** | American Express Travel <customerservice@amextravel.com> |
| **Sent:** | Thursday, April 20, 2017 4:36 PM |
| **To:** | Michael Baum |
| **Subject:** | Your Reservation Confirmation for Trip ID: 2381-7049 |

## AMERICAN EXPRESS **TRAVEL**

| FLIGHTS | HOTELS | VACATIONS | CARS | CRUISES |
|---|---|---|---|---|

**Online Travel Services**

**Thank you for booking with American Express Travel**

You can view, manage, or cancel your trip by logging onto American Express Travel.

Any Questions? Please call

- Toll free within the United States **1-800-297-2977**
- If you are currently traveling outside the United States **1-312-980-7807**

**YOUR TRIP CONFIRMATION RECORD LOCATORS**

### AMEX TRAVEL TRIP ID: 2381-7049

**YOUR FLIGHT DETAILS**

| | **DEPARTURE FLIGHT** ⏱ 3H 15M | **Baggage Fees** |
|---|---|---|
| Delta Air Lines 5776 Operated by Compass Airlines Inc. | Wed, Apr 26, 2017 | Non-Stop \| First |
| | **8:25am** Detroit, MI (DTW) | **10:40am** Dallas, TX (DFW) |
| | Your Seats: | |

| | **RETURN FLIGHT** ⏱ 2H 39M | **Baggage Fees** |
|---|---|---|
| Delta Air Lines 5785 Operated by Compass | Thu, Apr 27, 2017 | Non-Stop \| First |
| | **9:10am** Dallas, TX (DFW) | **12:49pm** Detroit, MI (DTW) |

1



Transaction Details Prepared for
**Michael E Baum**
Account Number
**XXXX-XXXXXX-91007**



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| MAR7 2017 | AMERICAN EXPRESS TRAVEL - CHICAGO, IL | $649.40 |

*rescheduled*

Doing business as:
**DELTA AIR LINES**
View Details on Merchant Website

ATLANTA AIRPORT
-
ATLANTA
GEORGIA
30320
UNITED STATES OF AMERICA (THE)

Additional Information: DELTA AIR LINES INC.
Reference: 32017067085977 2820
Category: Travel - Airline

**Flight Details**

DETROIT WAYNE COUN ✈ DALLAS/FORT WORTH

DALLAS/FORT WORTH ✈ DETROIT WAYNE COUN

Ticket Number: 00679534745422
Date of Departure: 03/21
Passenger Name: BAUM/MICHAEL E
Document Type: PASSENGER TICKET

$6586.39

649.40
x 6.99

 Transaction Details Prepared for
**Michael E Baum**
Account Number
**XXXX-XXXXXX-91007**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| MAR 7 2017 | AMEX TRAVEL.COM - 800-297-2977, IL | $6.99 |

Doing business as:

**AMEXTRAVEL.COM 800-297-2977**
View Details on Merchant Website

500 WEST MADISON STREET

STE 1000

CHICAGO

IL

60622

UNITED STATES OF AMERICA (THE)

800.297.2977

Additional Information: 5402161081A 60661

2381-7049-AIR

AIR

PBAXP3069775514

Reference: 32017060843571908

Category: Travel - Travel Agencies



THE TRAVEL EXCHANGE

a TRAVEL 7L LEADERS associate

The Travel Exchange
755 West Big Beaver Road, Suite 100
Troy, MI 48084
Phone: (248) 269-9721 Fax: (248) 269-9769
Toll Free: (800) 346-8054

Monday, 24APR 2017 03:54 PM EDT
**Passengers:** NICHOLAS MARCUS
Agency Record Locator: NM2PHQ

Click here to add to your calendar.

**Please Inspect your itinerary immediately.**
The Travel Exchange will not be responsible for errors made 24 hours after ticket issuance.

| AIR | Wednesday, 26APR 2017 | | | |
|---|---|---|---|---|

**Delta Air Lines**
OPERATED BY COMPASS DBA DELTA CONNECTION
**From:** Detroit Metro MI, USA
**To:** Dallas/Ft Worth TX, USA
Stops: Nonstop
Seats: 03C
Equipment: EMBRAER EMB 175
DEPARTS DTW TERMINAL EM - ARRIVES DFW TERMINAL E

**Flight Number:** 5776
**Depart:** 08:25 AM
**Arrive:** 10:40 AM
Duration: 3 hour(s) 15 minute(s)
Status: CONFIRMED
MEAL: BREAKFAST

Class: A-First Class

Miles: 995 / 1592 KM

Delta Air Lines Confirmation number is JKZD4G

| AIR | Thursday, 27APR 2017 | | | |
|---|---|---|---|---|

**Delta Air Lines**
OPERATED BY COMPASS DBA DELTA CONNECTION
**From:** Dallas/Ft Worth TX, USA
**To:** Detroit Metro MI, USA
Stops: Nonstop
Seats: 03C
Equipment: EMBRAER EMB 175
DEPARTS DFW TERMINAL E - ARRIVES DTW TERMINAL EM

**Flight Number:** 5785
**Depart:** 09:10 AM
**Arrive:** 12:49 PM
Duration: 2 hour(s) 39 minute(s)
Status: CONFIRMED
MEAL: BREAKFAST

Class: A-First Class

Miles: 995 / 1592 KM

Delta Air Lines Confirmation number is JKZD4G

**Ticket/Invoice Information**

Ticket for:   NICHOLAS MARCUS
Date issued:   04/24/2017        Invoice nbr: 341489
Ticket Nbr:   0067979800062    Electronic Tkt: Yes    Amount: 690.40 USD
Form of Payment:   AX***********1007

Service Fee:   NICHOLAS MARCUS
Date issued:   04/24/2017        Invoice Nbr: 341489
Document Nbr: 8900711883310                           Amount: 25.00 USD
Form of Payment:   AX***********1007

```
Base Fare:   615.81
Tax:    74.59
Air Fare:   690.40
Total Air Fare:   690.40
Service Fee:    25.00
Total Invoiced:   715.40
```

**Click here 24 hours in advance to obtain boarding passes:**
Delta

**Click here for carrier Baggage policies and fees:**
Delta
Check operating carrier website for any policies that may vary.

**Baggage charges may apply.** Check carrier's website for most current policy and fees.

A valid passport is required when departing the continental U.S.
A visa may also be required when traveling to certain countries.
Please verify proper documentation requirements.
Additional information is available on www.state.gov

\*\*\*\*\*\*\*\*PROPER DOCUMENTATION REQUIRED\*\*\*\*\*\*\*\*\*\*
A VALID PASSPORT IS REQUIRED FOR ALL INTERNATIONAL
TRAVEL. MANY COUNTRIES REQUIRE A VISA FOR ENTRY
\*\*VERIFY ALL DOCUMENTATION REQUIREMENTS PRIOR TO\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*TRAVEL\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PLEASE INSPECT YOUR E-TICKET ITINERARY IMMEDIATELY
THE TRAVEL EXCHANGE WILL NOT BE RESPONSIBLE FOR
ERRORS MADE 24 HOURS AFTER TICKET ISSUANCE
ADDITIONAL BAGGAGE CHARGES MAY APPLY
FEDERAL LAW FORBIDS THE CARRIAGE OF HAZARDOUS
MATERIALS ABOARD AIRCRAFT IN YOUR LUGGAGE OR ON
YOUR PERSON. A VIOLATION CAN RESULT IN CIVIL
PENALTIES.

**Pam Jozwiak**

| | |
|---|---|
| **From:** | Delta Air Lines <DeltaAirLines@e.delta.com> |
| **Sent:** | Monday, May 15, 2017 4:03 PM |
| **To:** | Pam Jozwiak |
| **Subject:** | Your Flight Receipt - JOSEPH KEVIN GREKIN 17MAY17 |



**Hello, JOSEPH KEVIN**

Your Trip Confirmation #: HG39VU

| **Wed, 17MAY** | **DEPART** | **ARRIVE** |
|---|---|---|
| DELTA AIR LINES INC 758 FIRST (P) | DETROIT 3:48pm | AUSTIN, TX 6:02pm |
| **Thu, 18MAY** | **DEPART** | **ARRIVE** |
| DELTA AIR LINES INC 1359 FIRST (A) | AUSTIN, TX 5:20pm | DETROIT 9:15pm |

**ARRIVE ON TIME**

Due to peak summer travel season, many airports are experiencing a high volume of passengers, resulting in long check-in, baggage drop and security checkpoint lines. Please plan to arrive at the airport at least 2 hours prior to your departure when traveling domestically (within the U.S) or at least 3 hours prior to your departure when traveling internationally. We also encourage passengers to check-in online at delta.com or via the Fly Delta app to help avoid delays.

**RESTRICTED HAZARDOUS ITEMS**

To ensure the safety of our customers and employees, Delta no longer accepts **hoverboards or any lithium battery powered self-balancing personal transportation devices** on board its aircraft. These items are prohibited as both carry-on and checked baggage.

**Spare batteries for other devices, fuel cells, and e-cigarettes** are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, **they must be removed and carried in the cabin.** Further information and specific guidelines regarding restricted items can be found here.

**Passenger Info**

1

| **NAME** | **FLIGHT** | **SEAT** |
|---|---|---|
| JOSEPH KEVIN GREKIN | DELTA AIR LINES INC 758 | 01A |
|  | DELTA AIR LINES INC 1359 | 02A |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062383260071

Place of Issue: Delta.com

Ticket Issue Date: 15MAY17

Ticket Expiration Date: 15MAY18

## METHOD OF PAYMENT

VI************2757                                                        **$1251.40 USD**

## CHARGES

### Air Transportation Charges

Base Fare                                                                 $1137.68 USD

### Taxes, Fees and Charges

United States - September 11th Security Fee(Passenger                      $11.20 USD

Civil Aviation Security Service Fee) (AY)

United States - Transportation Tax (US)                                    $85.32 USD

United States - Passenger Facility Charge (XF)                              $9.00 USD

United States - Flight Segment Tax (ZP)                                     $8.20 USD

### TICKET AMOUNT                                                         **$1251.40 USD**

NONREF/PENALTY APPLIES

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: DTT DL AUS594.42HA0UA0FB DL DTT543.26KA0QA0FB USD1137.68END ZP DTWAUS XF DTW4.5AUS4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

Wed 17 May 2017                            DELTA AIR LINES INC: DTW ᐅAUS

| CARRY ON | FIRST | SECOND |
|----------|-------|--------|
| FREE | FREE | FREE |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

Thu 18 May 2017                    DELTA AIR LINES INC: AUS ▯ DTW

| CARRY ON | FIRST | SECOND |
|----------|-------|--------|
| FREE | FREE | FREE |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

**Transportation of Hazardous Materials**

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

### EARN MILES WITH AIRBNB. ›

Book your Airbnb via deltaairbnb.com and earn miles on all stays. Plus, new guests also get $25 toward first qualifying booking. Terms Apply.

### BOOK YOUR SUMMER GETAWAY. ›

It's a great time to choose your next escape from more than 325 destinations on six continents.

We have partnered with The Nature Conservancy to allow you to offset your carbon emissions from this trip. Go to delta.com/CO2 to calculate your $CO_2$ emissions and learn more about offsetting.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

# america★first

325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800.497.7618
800.311.8300 (fax)

## OUTSTANDING INVOICES FOR CASE

Our Federal Tax ID 47-2852736

**Direct Bill To**
SCHAFER AND WEINER, PLLC
MICHAEL BAUM
40950 WOODWARD AVE.
SUITE 100
BLOOMFIELD HILLS, MI 48304

**Ordering Attorney**
SCHAFER AND WEINER, PLLC
MICHAEL BAUM
40950 WOODWARD AVE.
SUITE 100
BLOOMFIELD HILLS, MI 48304

**Case Information**

IN RE: ARABELLA PETROLEUM COMPANY, LLC,

**Reference/Claim No.**

DEBTOR
VS
ARABELLA EXPLORATION INC., ARABELLA
EXPLORATION LLC, ET AL,
DEFENDANT

| INVOICE | DATE | LOCATION | AMOUNT | PAID | DUE |
|---------|------|----------|--------|------|-----|
| 532895 | 12/07/2016 | WILLIAM B. HEYN | $70.00 | $0.00 | $70.00 |
| 533370 | 12/12/2016 | GREG MCCABE | $70.00 | $0.00 | $70.00 |
| | | | $140.00 | $0.00 | $140.00 |



**Main Office**
(248) 213-1500
**Chicago**
(312) 554-1500
**Grand Rapids**
(616) 272-7500

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 4/11/17 | 35611 |

*Payable Upon Receipt*

**PLEASE REMIT TO**

29401 Stephenson Hwy.
Madison Hts., MI 48071

| Bill To | Attorney, Case, Matter and Billing notes |
|---------|------------------------------------------|
| Pam Joziak<br>Schafer and Weiner, PLLC<br>40950 Woodward Avenue<br>Suite 100<br>Bloomfield Hills, MI 48304 | C/M#: Platinum<br>March Hosting and Processing<br>Charges |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|--------------------------|--------------------|--------------------|
| SCH02 | Pam Joziak | Jason Okray |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|-----------|--------|
| Hosting, Case Set Up | 1.00 | 350.00 | 350.00 |
| Hosting, Monthly Fee / GB | 16.36 | 20.00 | 327.20 |
| Hosting, Monthly User Fee | 3.00 | 95.00 | 285.00 |
| Project Management Time | 1.25 | 185.00 | 231.25 |
| Process Native Review / GB | 14.07 | 150.00 | 2,110.50 |
| OCR processing,English | 38,890.00 | 0.02 | 777.80 |
| Endorsing | 2,438.00 | 0.02 | 48.76 |
| Printing-B/W | 2,438.00 | 0.10 | 243.80 |
| Binder, 1" | 1.00 | 9.00 | 9.00 |
| Binder, 3" | 1.00 | 12.00 | 12.00 |
| Binder, 4" | 1.00 | 20.00 | 20.00 |

| | |
|---|---|
| Subtotal | 4,415.31 |
| Sales Tax | 193.31 |
| Total Invoice Amount | 4,608.62 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$4,608.62** |

**Please note our new
remittance address:
29401 Stephenson Hwy.
Madison Hts., MI 48071**

*Thank You For Your Business!*



**Main Office**
(248) 213-1500
**Chicago**
(312) 554-1500
**Grand Rapids**
(616) 272-7500

**Vendor Tax ID No.**
38-3606788

# INVOICE

| Date | Number |
|------|--------|
| 4/28/17 | 35909 |

*Payable Upon Receipt*

**PLEASE REMIT TO**

29401 Stephenson Hwy.
Madison Hts., MI 48071

| Bill To |
|---------|
| Pam Joziak<br>Schafer and Weiner, PLLC<br>40950 Woodward Avenue<br>Suite 100<br>Bloomfield Hills, MI  48304 |

| Attorney, Case, Matter and Billing notes |
|------------------------------------------|
| C/M#: Platinum<br>April, 2017 Hosting |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|--------------------------|--------------------|--------------------|
| SCH02 | Pam Joziak | Jason Okray |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|-----------|--------|
| Hosting, Monthly Fee / GB | 16.36 | 20.00 | 327.20 |
| Hosting, Monthly User Fee | 3.00 | 95.00 | 285.00 |

| | |
|---|---|
| Subtotal | 612.20 |
| Sales Tax | |
| Total Invoice Amount | 612.20 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$612.20** |

**Please note our new remittance address:
29401 Stephenson Hwy.
Madison Hts., MI  48071**

*Thank You For Your Business!*



**COMPUTING source**
ALL-IN-ONE LEGAL TECHNOLOGY

**Main Office**
(248) 213-1500
**Chicago**
(312) 554-1500
**Grand Rapids**
(616) 272-7500

**Vendor Tax ID No.**
38-3606788

**PLEASE REMIT TO**
29401 Stephenson Hwy.
Madison Hts., MI 48071

## INVOICE

| Date | Number |
|---|---|
| 5/31/17 | 36352 |

*Payable Upon Receipt*

| Bill To |
|---|
| Pam Joziak<br>Schafer and Weiner, PLLC<br>40950 Woodward Avenue<br>Suite 100<br>Bloomfield Hills, MI 48304 |

| Attorney, Case, Matter and Billing notes |
|---|
| C/M#: Platinum<br>May, 2017 Hosting |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|---|---|---|
| SCH02 | Pam Joziak | Jason Okray |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Hosting, Monthly Fee / GB | 18.00 | 20.00 | 360.00 |
| Hosting, Monthly User Fee | 3.00 | 95.00 | 285.00 |
| Processing/Production Charges: | | | |
| Process full TIFF Conversion / GB | 0.66 | 300.00 | 198.00 |
| OCR (docs without extracted text) | 6,501.00 | 0.02 | 130.02 |
| Endorsing | 20,382.00 | 0.02 | 407.64 |
| Scanning - B/W | 593.00 | 0.17 | 100.81 |
| OCR (scanned images) | 593.00 | 0.03 | 17.79 |
| Endorsing | 593.00 | 0.02 | 11.86 |
| [1705-0072] | | | |

**Please note our new remittance address: 29401 Stephenson Hwy. Madison Hts., MI 48071**

| | |
|---|---|
| Subtotal | 1,511.12 |
| Sales Tax | 51.97 |
| Total Invoice Amount | 1,563.09 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$1,563.09** |

*Thank You For Your Business!*



**COMPUTING source**
ALL-IN-ONE LEGAL TECHNOLOGY

**Main Office**
(248) 213-1500
**Chicago**
(312) 554-1500
**Grand Rapids**
(616) 272-7500

**Vendor Tax ID No.**
38-3606788

**PLEASE REMIT TO**
29401 Stephenson Hwy.
Madison Hts., MI 48071

# INVOICE

| Date | Number |
|------|--------|
| 6/30/17 | 36797 |

*Payable Upon Receipt*

| Bill To |
|---------|
| Pam Joziak |
| Schafer and Weiner, PLLC |
| 40950 Woodward Avenue |
| Suite 100 |
| Bloomfield Hills, MI 48304 |

| Attorney Case Matter and Billing notes |
|----------------------------------------|
| C/M#: Platinum |
| June, 2017 Hosting |

| Customer ID - Work Order | Work Authorized By | Sales Representative |
|--------------------------|--------------------|----------------------|
| SCH02 | Pam Joziak | Jason Okray |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|------------|--------|
| Hosting, Monthly Fee / GB | 19.91 | 20.00 | 398.20 |
| Hosting, Monthly User Fee | 3.00 | 95.00 | 285.00 |
| Processing/Production Charges: | | | |
| Process full TIFF Conversion / GB | 1.37 | 300.00 | 411.00 |
| OCR (docs without extracted text) | 793.00 | 0.02 | 15.86 |
| Endorsing | 4,569.00 | 0.02 | 91.38 |
| [1706-0120] | | | |

| | |
|---|---|
| Subtotal | 1,201.44 |
| Sales Tax | 31.09 |
| Total Invoice Amount | 1,232.53 |
| Payment/Credit Applied | |
| **TOTAL AMOUNT DUE** | **$1,232.53** |

**Please note our new remittance address:
29401 Stephenson Hwy.
Madison Hts., MI 48071**

*Thank You For Your Business!*

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-723-15609 | Mar 01, 2017 | 1094-6674-3 | 4 of 5 |

## FedEx Express Shipment Detail By Payor Type (Original)



- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 778466254831 | Michael E. Baum | Jason B. Binford, Esq. |
| Service Type | FedEx Standard Overnight | Schafer and Weiner PLLC | Gardere Wynne Sewell LLP |
| Package Type | FedEx Envelope | 40950 Woodward Ave., Ste. 100 | 2021 MCKINNEY AVE |
| Zone | 05 | BLOOMFIELD HILLS MI 48304 US | DALLAS TX 75201 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 34.42 |
| Delivered | Feb 21, 2017 11:00 | Discount | -7.92 |
| Svc Area | A1 | Fuel Surcharge | 0.87 |
| Signed by | R.ROBERT | Automation Bonus Discount | -1.72 |
| FedEx Use | 000000000/233/_ | **Total Charge**          USD | **$25.65** |

- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.50% to this shipment.
- Distance Based Pricing, Zone 4

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 778479665690 | Michael E. Baum | J. Daniel Woodruff, Vice Presi |
| Service Type | FedEx Standard Overnight | Schafer and Weiner PLLC | Energen Corporation |
| Package Type | FedEx Envelope | 40950 Woodward Ave., Ste. 100 | 605 Richmond Arrington Jr. Blv |
| Zone | 04 | BLOOMFIELD HILLS MI 48304 US | BIRMINGHAM AL 35203 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 32.54 |
| Delivered | Feb 22, 2017 09:01 | Discount | -7.48 |
| Svc Area | A1 | Automation Bonus Discount | -1.63 |
| Signed by | A.BARBRA | Fuel Surcharge | 0.82 |
| FedEx Use | 000000000/222/_ | **Total Charge**          USD | **$24.25** |

- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.50% to this shipment.
- Distance Based Pricing, Zone 5

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 778479733388 | Michael E. Baum | Legal Dept. |
| Service Type | FedEx Standard Overnight | Schafer and Weiner PLLC | J. Cleo Thompson Petroleum |
| Package Type | FedEx Envelope | 40950 Woodward Ave., Ste. 100 | 325 N SAINT PAUL ST |
| Zone | 05 | BLOOMFIELD HILLS MI 48304 US | DALLAS TX 75201 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 34.42 |
| Delivered | Feb 22, 2017 13:55 | Discount | -7.92 |
| Svc Area | A1 | Fuel Surcharge | 0.87 |
| Signed by | L.HILL | Automation Bonus Discount | -1.72 |
| FedEx Use | 000000000/233/_ | **Total Charge**          USD | **$25.65** |

- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.50% to this shipment.
- Distance Based Pricing, Zone 8

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 778479918119 | Michael E. Baum | Gene Shepherd |
| Service Type | FedEx Standard Overnight | Schafer and Weiner PLLC | Brigham Resouces LLC |
| Package Type | FedEx Envelope | 40950 Woodward Ave., Ste. 100 | 5914 W COURTYARD DR |
| Zone | 08 | BLOOMFIELD HILLS MI 48304 US | AUSTIN TX 78730 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 34.64 |
| Delivered | Feb 22, 2017 09:39 | Discount | -7.97 |
| Svc Area | A1 | Automation Bonus Discount | -1.73 |
| Signed by | K.NORMAN | Fuel Surcharge | 0.87 |
| FedEx Use | 000000000/244/_ | **Total Charge**          USD | **$25.81** |

# FedEx.

| | Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|---|
| | 5-752-56040 | Mar 29, 2017 | 1094-6674-3 | 5 of 5 |

**Ship Date:** Mar 23, 2017          **Cust. Ref.:** PLATINUM  11 — 70098     **Ref.#2:**
**Payor:** Shipper          **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.25% to this shipment.
- Distance Based Pricing, Zone 6
- Package Delivered to Recipient Address - Release Authorized

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 778725686148 | Michael E. Baum | Stephen OConnell | |
| Service Type | FedEx Priority Overnight | Schafer and Weiner PLLC | 2405 NEVER BEND CV | |
| Package Type | Customer Packaging | 40950 Woodward Ave., Ste. 100 | AUSTIN TX 78746 US | |
| Zone | 06 | BLOOMFIELD HILLS MI 48304 US | | |
| Packages | 1 | | | |
| Rated Weight | 18.0 lbs, 8.2 kgs | Transportation Charge | | 160.6 |
| Delivered | Mar 24, 2017 10:19 | Discount | | -32.1 |
| Svc Area | A1 | Fuel Surcharge | | 4.1 |
| Signed by | see above | Courier Pickup Charge | | 4.0 |
| FedEx Use | 000000000/1574/02 | Residential Delivery | | 3.8 |
| | | Automation Bonus Discount | | -8.0 |
| | | **Total Charge** | **USD** | **$132.5** |

**Ship Date:** Mar 23, 2017          **Cust. Ref.:** PLATINUM  11 — 70098     **Ref.#2:**
**Payor:** Shipper          **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.25% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 14.0 lbs, 16" x 12" x 10", using a dimensional factor of 139.
- Package Delivered to Recipient Address - Release Authorized

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 778726726196 | Michael E. Baum | Stephen OConnell | |
| Service Type | FedEx Priority Overnight | Schafer and Weiner PLLC | 2405 NEVER BEND CV | |
| Package Type | Customer Packaging | 40950 Woodward Ave., Ste. 100 | AUSTIN TX 78746 US | |
| Zone | 06 | BLOOMFIELD HILLS MI 48304 US | | |
| Packages | 1 | | | |
| Actual Weight | 9.0 lbs, 4.1 kgs | Transportation Charge | | 139.1 |
| Rated Weight | 14.0 lbs, 6.4 kgs | Discount | | -27.8 |
| Delivered | Mar 24, 2017 10:19 | Residential Delivery | | 3.8 |
| Svc Area | A1 | Fuel Surcharge | | 3.6 |
| Signed by | see above | Automation Bonus Discount | | -6.9 |
| FedEx Use | 000000000/1574/02 | Courier Pickup Charge | | 4.0 |
| | | **Total Charge** | **USD** | **$115.8** |

**Ship Date:** Mar 23, 2017          **Cust. Ref.:** PLATINUM  11 — 70098     **Ref.#2:**
**Payor:** Shipper          **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.25% to this shipment.
- Distance Based Pricing, Zone 6
- Package Delivered to Recipient Address - Release Authorized

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 778725604284 | Michael E. Baum | Stephen O'Connell | |
| Service Type | FedEx Priority Overnight | Schafer and Weiner PLLC | 2405 NEVER BEND CV | |
| Package Type | Customer Packaging | 40950 Woodward Ave., Ste. 100 | AUSTIN TX 78746 US | |
| Zone | 06 | BLOOMFIELD HILLS MI 48304 US | | |
| Packages | 1 | | | |
| Rated Weight | 15.0 lbs, 6.8 kgs | Transportation Charge | | 140. |
| Delivered | Mar 24, 2017 10:19 | Discount | | -28 |
| Svc Area | A1 | Residential Delivery | | 3 |
| Signed by | see above | Automation Bonus Discount | | -7 |
| FedEx Use | 000000000/1574/02 | Fuel Surcharge | | -3 |
| | | Courier Pickup Charge | USD | 4 |
| | | **Total Charge** | | **$116** |

A-AR



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-775-53454 | Apr 19, 2017 | 1094-6674-3 | 4 of 4 |

## FedEx Express Shipment Detail By Payor Type (Original)

- Fuel Surcharge - FedEx has applied a fuel surcharge of 2.75% to this shipment.
- Distance Based Pricing, Zone 4

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 778852319995 | Michael Baum | Daniel Pohlman |
| Service Type | FedEx Priority Overnight | Schafer and Weiner, PLLC | New York, The Grace Building |
| Package Type | FedEx Envelope | 40950 Woodward Ave. | NEW YORK NY 10036 US |
| Zone | 04 | BLOOMFIELD HILLS MI 48304 US | |
| Packages | 1 | | |

POSTED

| | | |
|---|---|---|
| Rated Weight | N/A | Transportation Charge | 33.86 |
| Delivered | Apr 11, 2017 09:20 | Discount | -7.79 |
| Svc Area | A1 | Saturday Delivery | 16.00 |
| Signed by | A.GOMEZ | Fuel Surcharge | 1.11 |
| FedEx Use | 000000000/208/_ | Automation Bonus Discount | -1.69 |
| | | **Total Charge** | **USD** | **$41.49** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$41.49** |
| **Total FedEx Express** | **USD** | **$41.49** |

1108-01-00-0052073-0001-011478

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-789-66211 | May 03, 2017 | 1094-6674-3 | 4 of 4 |

## FedEx Express Shipment Detail By Payor Type (Original)

- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.75% to this shipment.
- Distance Based Pricing, Zone 4

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 778975638878 | Michael E. Baum | Daniel J. Pohlman | |
| Service Type | FedEx Priority Overnight | Schafer and Weiner PLLC | 1114 AVENUE OF THE AMERICAS | |
| Package Type | FedEx Envelope | 40950 Woodward Ave., Ste. 100 | NEW YORK NY 10036 US | |
| Zone | 04 | BLOOMFIELD HILLS MI 48304 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 33.86 |
| Delivered | Apr 25, 2017 09:21 | Discount | | -7.79 |
| Svc Area | A1 | Fuel Surcharge | | 0.91 |
| Signed by | R.ROSA | Automation Bonus Discount | | -1.69 |
| FedEx Use | 000000000/208/_ | Total Charge | USD | $25.29 |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$25.29** |
| **Total FedEx Express** | **USD** | **$25.29** |



**Hilton**
HOTELS & RESORTS

| | |
|---|---|
| **HILTON NEWARK AIRPORT** | |
| 1170 SPRING ST | |
| ELIZABETH, NJ 07201 | |
| United States of America | |
| TELEPHONE 908-351-3900 · FAX 908-351-9528 | |
| Reservations | |
| www.hilton.com or 1 800 HILTONS | |

BAUM, MICHAEL

40950 WOODWARD AVE.,
STE. 100
BLOOMFIELD HILLS MI 48304
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 624/D2 |
| Arrival Date: | 1/12/2017 11:21:00 PM |
| Departure Date: | 1/13/2017 4:06:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | LDELROSARIO |
| Room Rate: | 149.99 |
| AL: | |
| HH # | 242768835 GOLD |
| VAT # | |
| Folio No/Che | 1394049 A |

Confirmation Number: 3307048042

HILTON NEWARK AIRPORT 1/13/2017 4:05:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 1/12/2017 | 4998312 | GUEST ROOM | $149.99 |
| 1/12/2017 | 4998312 | STATE TAX | $10.31 |
| 1/12/2017 | 4998312 | OCCUPANCY TAX | $1.50 |
| 1/12/2017 | 4998312 | CITY TAX | $4.50 |
| 1/12/2017 | 4998312 | TOURISM TAX | $9.00 |
| 1/12/2017 | 4998312 | CITY TOURISM TAX | $1.50 |
| 1/13/2017 | 4998459 | VS *8363 | ($176.80) |
| | | **BALANCE** | $0.00 |

You have earned approximately 1873 Hilton HHonors points for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 03512D | MERCHANT ID | 60129 |
| CARD NUMBER | VS *8363 | EXP DATE | 07/18 |
| TRANSACTION ID | 4998459 | TRANS TYPE | Sale |

Westin Austin Downtown
310 East 5th Street
Austin, TX  78701
United States
Tel: 512-391-2333

# WESTIN

## HOTELS & RESORTS

Michael Baum

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 170823 |
| Folio ID | : | A |
| Arrive Date | : | 29-JAN-17   18:20 |
| Depart Date | : | 30-JAN-17 |
| No. Of Guest | : | 1 |
| Room Number | : | 1912 |
| Club Account | : | |

Westin Austin DT  30-JAN-17  04:04  9999

| Date | Ref | Description | Charges | Credits |
|---|---|---|---|---|
| 29-JAN-17 | 3872 | In Room Dining | 61.09 | |
| 29-JAN-17 | RT1912 | Room Charge | 209.00 | |
| 29-JAN-17 | RT1912 | State Tax | 12.54 | |
| 29-JAN-17 | RT1912 | City/Local Tax | 18.81 | |
| 29-JAN-17 | RT1912 | TX Franchise Recovery Fee | 1.26 | |
| 30-JAN-17 | VI | Visa | | -302.70 |

Approve EMV Receipt for VI - 8363: no CVM
TC:A27315D11CD4DD48  TVR:0080008000  AID:A0000000031010
Application Label:CHASE VISA

| | | |
|---|---|---|
| ** Total | 302.70 | -302.70 |
| *** Balance | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel.  While this folio reflects a $0 balance, your credit card may not be charged until after your departure.  You are ultimately responsible for paying all of your folio charges in full.

As a Starwood Preferred Guest, you could have earned 490 Starpoints for this visit. Please provide your member number or enroll today.

Tell us about your stay. www.westin.com/reviews

Continued on the next page

Westin Austin Downtown
310 East 5th Street
Austin, TX  78701
United States
Tel: 512-391-2333

# WESTIN®

## HOTELS & RESORTS

Michael Baum

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 170823 |
| Folio ID | : | A |
| Arrive Date | : | 29-JAN-17  18:20 |
| Depart Date | : | 30-JAN-17 |
| No. Of Guest | : | 1 |
| Room Number | : | 1912 |
| Club Account | : | |

EXPENSE SUMMARY REPORT

Currency: USD

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01-29-2017 | 209.00 | 36.00 | 0.00 | 0.00 | 57.70 | 302.70 | 0.00 |
| Total | 209.00 | 36.00 | 0.00 | 0.00 | 57.70 | 302.70 | 0.00 |

Sheraton Fort Worth Downtown
1701 Commerce Street
Fort Worth, TX  76102
United States
Tel: 8173357000 Fax: 8173353333

**Sheraton**

Jason Weiner

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 630573 |
| Folio ID | : | A |
| | | 16-FEB-17 | 18:54 |
| | | 17-FEB-17 | 12:50 |
| | | 1 |
| | | 973 |
| | | SPG - A3224 |

Sheraton Fort Worth  FEB-20-2017  07:57  JULIWHI

| Date | Code | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 16-FEB-17 | 9843 | Chef's Table Restaurant/Bar | 27.68 | |
| 16-FEB-17 | RT973 | Room Charge | 246.51 | |
| 16-FEB-17 | RT973 | State Occupancy Tax | 14.79 | |
| 16-FEB-17 | RT973 | City Occupancy Tax | 22.19 | |
| 17-FEB-17 | VI | Visa-8379 | | -311.17 |
| | | ***For Authorization Purpose Only*** | | |
| | | xxxxxx8379 | | |

| Date | Code | Authorized |
|---|---|---|
| 16-FEB-17 | 029901 | 332.79 |

| | | | | |
|---|---|---|---|---|
| | | ** Total | 311.17 | -311.17 |
| | | *** Balance | 0.00 | |

Experience Sheraton Club. Upgrade to a higher level of comfort, complete with special touches like complimentary breakfast, a premium selection o
beverages and access to the Club lounge. Learn more at www.sheraton.com/club

As a Starwood Preferred Guest you have earned at least 548 Starpoints for this visit A3224

Tell us about your stay. www.sheraton.com/reviews

Westin Austin Downtown
310 East 5th Street
Austin, TX  78701
United States
Tel: 512-391-2333

# WESTIN®

## HOTELS & RESORTS

Michael Baum
40950 WOODWARD AVE
STE 100
BLOOMFIELD, MI, 48304-5124

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 183253 |
| Folio ID | : | A |
| Arrive Date | : | 26-MAR-17    18:34 |
| Depart Date | : | 28-MAR-17    18:28 |
| No. Of Guest | : | 1 |
| Room Number | : | 1619 |
| Club Account | : | SPG - A4390 |

Westin Austin DT  MAR-28-2017  18:30  NIEZGOC

| | | | | |
|---|---|---|---|---|
| 26-MAR-17 | RT1619 | Room Charge | 249.00 | |
| 26-MAR-17 | RT1619 | State Tax | 14.94 | |
| 26-MAR-17 | RT1619 | City/Local Tax | 22.41 | |
| 26-MAR-17 | RT1619 | TX Franchise Recovery Fee | 1.50 | |
| 27-MAR-17 | 6401 | Stella San Jac | 24.49 | |
| 27-MAR-17 | RT1619 | Room Charge | 249.00 | |
| 27-MAR-17 | RT1619 | State Tax | 14.94 | |
| 27-MAR-17 | RT1619 | City/Local Tax | 22.41 | |
| 27-MAR-17 | RT1619 | TX Franchise Recovery Fee | 1.50 | |
| 28-MAR-17 | AX | American Express-1007 | | -600.19 |
| | | ***For Authorization Purpose Only*** | | |
| | | xxxxxx1007 | | |
| | | Date     Code      Authorized | | |
| | | 26-MAR-17    888531         672.3 | | |
| | | | | |
| 28-MAR-17 | 6495 | Stella San Jac | 60.88 | |
| 28-MAR-17 | AX | American Express-1007 | | -60.88 |
| | | ***For Authorization Purpose Only*** | | |
| | | xxxxxx1007 | | |
| | | Date     Code      Authorized | | |
| | | 28-MAR-17    143727          60.88 | | |

Approve EMV Receipt for AX - 1007: Signature Captured
TC:AE2C8FE9091F72D2  TVR:0000008000  AID:A000000025010801
Application Label:AMERICAN EXPRESS

Continued on the next page

JASON — 182455 — Conf.
pd hisself

Westin Austin Downtown
310 East 5th Street
Austin, TX  78701
United States
Tel: 512-391-2333

# WESTIN®
## HOTELS & RESORTS

Michael Baum
40950 WOODWARD AVE
STE 100
BLOOMFIELD, MI, 48304-5124

| | | | |
|---|---|---|---|
| Page Number | : | 1 | |
| Guest Number | : | 182415 | |
| Folio ID | : | A | |
| Arrive Date | : | 26-MAR-17 | 18:35 |
| Depart Date | : | 28-MAR-17 | 13:00 |
| No. Of Guest | : | 1 | |
| Room Number | : | 1612 | |
| Club Account | : | SPG - A4390 | |

Westin Austin DT  MAR-28-2017  09:43  DBRODT

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 26-MAR-17 | RT1612 | Room Charge | 249.00 | |
| 26-MAR-17 | RT1612 | State Tax | 14.94 | |
| 26-MAR-17 | RT1612 | City/Local Tax | 22.41 | |
| 26-MAR-17 | RT1612 | TX Franchise Recovery Fee | 1.50 | |
| 27-MAR-17 | 6463 | Stella San Jac | 284.51 | |
| 27-MAR-17 | RT1612 | Room Charge | 249.00 | |
| 27-MAR-17 | RT1612 | State Tax | 14.94 | |
| 27-MAR-17 | RT1612 | City/Local Tax | 22.41 | |
| 27-MAR-17 | RT1612 | TX Franchise Recovery Fee | 1.50 | |
| 28-MAR-17 | AX | American Express-1007 | | -860.21 |

***For Authorization Purpose Only***
xxxxxx1007

| Date | Code | Authorized |
|---|---|---|
| 26-MAR-17 | 840480 | 672.3 |
| 27-MAR-17 | 108376 | 188.26 |

Approve EMV Receipt for AX - 1007: Signature Captured
TC:5E2E22DEF330695 3  TVR:0000008000  AID:A000000025010801
Application Label:AMERICAN EXPRESS

| | | |
|---|---|---|
| ** Total | 860.21 | -860.21 |
| *** Balance | 0.00 | |

Continued on the next page

Westin & Embassx
1899.63



**EMBASSY SUITES**
by HILTON

300 S. Congress Ave. • Austin, TX 78704
Phone: (512) 469-9000 • Fax: (512) 480-9164
For reservations across the nation
www.embassysuites.com or 1-800-EMBASSY

| Name & Address |
|---|

BAUM, MICHAEL

40950 WOODWARD AVE.,
STE. 100
BLOOMFIELD HILLS MI 48304
UNITED STATES OF AMERICA

| | |
|---|---|
| Suite | 517/OWCN |
| Arrival Date | 3/28/2017 7:26:00 PM |
| Departure Date | 3/29/2017 |
| Adult/Child | 1/0 |
| Suite Rate | 329.00 |
| Rate Plan: | LV2 |
| HH # | 242768835 GOLD |
| AL: | |
| Car: | |

Confirmation Number: 82204263

3/29/2017



| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 3/28/2017 | 4742708 | GUEST ROOM | $329.00 |
| 3/28/2017 | 4742708 | STATE OCCUPANCY TAX | $19.74 |
| 3/28/2017 | 4742708 | CITY OCCUPANCY TAX | $29.61 |
| 3/29/2017 | 4742941 | AX *1007 | ($378.35) |
| | | **BALANCE** | $0.00 |

You have earned approximately 4112 Hilton HHonors points for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900

Thank you for staying with us. Visit embassysuites.com for more information on hotel packages, subscribe to our E-nnouncements newsletter, or plan your next stay at close to 200 destinations.

&Miles

| ACCOUNT NO.  AX *1007 | | DATE OF CHARGE  3/29/2017 | FOLIO NO./CHECK NO.  829781 A |
|---|---|---|---|
| CARD MEMBER NAME  BAUM, MICHAEL | | AUTHORIZATION  106112 | INITIAL |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE  X | | TOTAL AMOUNT | -378.35 |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.    PAYMENT DUE UPON RECEIPT

**Hilton**

WALDORF ASTORIA
HOTELS & RESORTS

CONRAD
HOTELS & RESORTS

canopy
BY HILTON

**Hilton**
HOTELS & RESORTS

CURIO
A COLLECTION BY HILTON

DOUBLETREE
BY HILTON

TAPESTRY
COLLECTION
BY HILTON

EMBASSY SUITES
by HILTON

Hilton
Garden Inn

Hampton
BY HILTON

tru
BY HILTON

HOMEWOOD
SUITES
BY HILTON

HOME2
SUITES BY HILTON

Hilton
Grand Vacations

**Hilton**
HONORS

Westin Austin Downtown
310 East 5th Street
Austin, TX 78701
United States
Tel: 512-391-2333

# WESTIN
## HOTELS & RESORTS

Jason Weiner
1022 LONGFELLOW AVE
ROYAL OAK, MI, 48067-3320

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 184255 |
| Folio ID | : | A |
| Arrive Date | : | 26-MAR-17    22:41 |
| Depart Date | : | 28-MAR-17    08:50 |
| No. Of Guest | : | 1 |
| Room Number | : | 1521 |
| Club Account | : | SPG - A3224 |

Westin Austin DT  MAR-28-2017  09:00  DBRODT

| Date | Ref | Description | Charges | Credits |
|------|-----|-------------|---------|---------|
| 26-MAR-17 | RT1521 | Room Charge | 249.00 | |
| 26-MAR-17 | RT1521 | State Tax | 14.94 | |
| 26-MAR-17 | RT1521 | City/Local Tax | 22.41 | |
| 26-MAR-17 | RT1521 | TX Franchise Recovery Fee | 1.50 | |
| 27-MAR-17 | 3317 | In Room Dining | 24.97 | |
| 27-MAR-17 | RT1521 | Room Charge | 249.00 | |
| 27-MAR-17 | RT1521 | State Tax | 14.94 | |
| 27-MAR-17 | RT1521 | City/Local Tax | 22.41 | |
| 27-MAR-17 | RT1521 | TX Franchise Recovery Fee | 1.50 | |
| 28-MAR-17 | VI | Visa-8379 | | -600.67 |

***For Authorization Purpose Only***
xxxxxx8379

| Date | Code | Authorized |
|------|------|-----------|
| 26-MAR-17 | 016021 | 672.3 |

Approve EMV Receipt for VI - 8379: no CVM
TC:9645A33BFE44B08B  TVR:0080008000  AID:A0000000031010
Application Label:CHASE VISA

| | | |
|---|---|---|
| ** Total | 600.67 | -600.67 |
| *** Balance | 0.00 | |

Continued on the next page

**EMBASSY SUITES**
**HOTELS**

United States of America
TELEPHONE 512-469-9000 · FAX
Reservations
www.embassysuites.com or 1 800 EMBASSY

JASON, WEINER

1022 LONGFELLOW AVE

ROYAL OAK MI  48067
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 808/NKSQE |
| Arrival Date: | 3/28/2017 7:26:00 PM |
| Departure Date: | 3/29/2017 12:12:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | KHARVELL |
| Room Rate: | 329.00 |
| AL: | |
| HH # | 149852914 BLUE |
| VAT # | |
| Folio No/Che | 829769 A |

Confirmation Number: 86287878

EMBASSY SUITES AUSTIN-DOWNTOWN 3/29/2017 6:58:00 PM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 3/28/2017 | 4742814 | GUEST ROOM | $329.00 |
| 3/28/2017 | 4742814 | STATE OCCUPANCY TAX | $19.74 |
| 3/28/2017 | 4742814 | CITY OCCUPANCY TAX | $29.61 |
| 3/29/2017 | 4743026 | VS *8379 | ($378.35) |
| | | **BALANCE** | $0.00 |

You have earned approximately 3290 Hilton HHonors points for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900

Thank you for staying with us. Visit embassysuites.com for more information on hotel packages, subscribe to our E-nnouncements newsletter, or plan your next stay at close to 200 destinations.

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 06407I | MERCHANT ID | 50035-6170  ID 2454 |
| CARD NUMBER | VS *8379 | EXP DATE | 11/19 |
| TRANSACTION ID | 4743026 | TRANS TYPE | Sale |



Transaction Details Prepared for
**Michael E Baum**
Account Number
XXXX-XXXXXX-91007

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| APR 24 2017 | CCI RESERVATIONCOUNTER - 844-230-0217, TX | $322.56 |

Doing business as:
**getaroom.com**
View Details on Merchant Website

3010 LYNDON B JOHNSON FWY

STE 1550

DALLAS

TX

75234-2779

UNITED STATES OF AMERICA (THE)

Additional Information: ITN17056080 HOTELROOMS

HOTELROOMS

Reference: 320171150556208937

Category: Travel - Travel Agencies

**Janice Burns**

| | |
|---|---|
| **From:** | confirmations@reservationcounter.com |
| **Sent:** | Monday, April 24, 2017 3:18 PM |
| **To:** | Janice Burns |
| **Subject:** | Sheraton Fort Worth Downtown Hotel Confirmed Booking Itinerary Number: R776040361 |



## R RESERVATION COUNTER®

866-460-7456



# Sheraton Fort Worth Downtown Hotel

★ ★ ★ ☆ ☆ 1701 Commerce St, Fort Worth, TX 76102 US

### Your Reservation Is Confirmed.

Your booking is guaranteed and has been paid in full.



| | |
|---|---|
| **Check-In:** | Wednesday, 26 April, 2017 ( 3:00 PM) |
| **Check-Out:** | Thursday, 27 April, 2017 (12:00 PM) |
| **Your Stay:** | 1 night, 1 room |
| **Cancellation Policy:** | Each room in this reservation is subject to the hotel's cancellation policy which is: This reservation is non-refundable. There is no refund for no-shows or early checkouts. |

**Total** **$322.58 USD**



🔲 Contact Support    📄 View Receipt    📅 Manage Reservation

*correct!*
*AMX*
*per Sturn*

## MAP & DIRECTIONS

1



# RESERVATION INFORMATION

| | |
|---|---|
| **Room 1:** | 1 King Bed - Accessible Nonsmoking Room |
| **Room Confirmation:** | 77342e5f |
| **Guests:** | nick marcus, 1 Adults, 0 Children |
| **Check-In Date:** | Wednesday, April 26, 2017 ( 3:00 PM) |
| **Check-out Date:** | Thursday, April 27, 2017 (12:00 PM) |

**Please Note:** Preferences and requests cannot be guaranteed. Special requests are subject to availability upon check-in and may incur additional charges.

**Hotel Amenities:** 24-hour business center, 24-hour fitness facilities, 24-hour front desk, ATM/banking, Accessible bathroom, Breakfast available (surcharge), Coffee shop or café, Computer station, Conference center, Conference space, Conference space size (feet) - 24000, Conference space size (meters) - 2230, Dry cleaning/laundry service, Elevator/lift, Express check-in, Express check-out, Free area shuttle, Free newspapers in lobby, Free parking nearby, Free shopping center shuttle, Free train station pickup, Garden, Gift shops or newsstand, In-room accessibility, Indoor pool, Luggage storage, Meeting rooms, Multilingual staff, Number of bars/lounges - 2, Number of floors - 12, Number of meeting rooms - 15, Parking (limited spaces), Porter/bellhop, Restaurant, Roll-in shower, Safe-deposit box at front desk, Self parking (surcharge), Smoke-free property, Spa tub, Television in common areas, Total number of rooms - 429, Tours/ticket assistance, Wedding services, WIFI (surcharge), Wired (high-speed) internet access - surcharge, Year Built 1982



## PAYMENT INFORMATION

| | |
|---|---|
| **Customer Name:** | michael e baum |
| **Customer Email:** | jburns@schaferandweiner.com |
| **Credit Card Type:** | American Express |
| **Credit Card Number:** | xxxx-xxxx-xxxx-1007 |
| **Price for room 1:** | **Wednesday, April 26, 2017** |

Price for room 1: Wednesday, April 26, 2017 $249.00 USD

Tax Recovery Charges and Service Fees: $73.58 USD

**Total:** $322.58 USD

## HOTEL POLICY

### Know Before You Go

- Children 16 years old and younger stay free when occupying the parent or guardian's room, using existing bedding.

### Fees

The following fees and deposits are charged by the property at time of service, check-in, or check-out.

- Breakfast fee: between USD 6.85 and USD 18.95 per person (approximately)
- Fee for in-room wireless internet: USD varies per day (rates may vary)
- Fee for wireless internet in public areas: USD 0.00 (rates may vary)
- Fee for high-speed internet (wired) in public areas: USD 0.00 (rates may vary)
- Self parking fee: USD 20 per night (in/out privileges)
- Pet deposit: USD 150 per stay
- Pet fee: USD 150.00 per accommodation, per stay
- Late check-out fee: USD 50

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

Additional taxes and surcharges may be imposed by the hotel. The hotel reserves the right to pre-authorize credit cards prior to arrival.

See hotel policies for proper check-in procedures.

## CANCELLATION POLICY



Transaction Details Prepared for
Michael E Baum
Account Number
XXXX-XXXXXX-81007

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | | $309.62 |
| APR 24 2017 | CCFRESERVATIONCOUNTER - 844-230-0217, TX | |

Doing business as:

**getaroom.com**
View Details on Merchant Website

3010 LYNDON B JOHNSON FWY

STE 1550

DALLAS

TX

75234-2779

UNITED STATES OF AMERICA (THE)

Additional Information: ITN17058048 HOTELROOMS

HOTELROOMS

Reference: 320171150557024980

Category: Travel - Travel Agencies

309.62
12.99
—————
322.61

 Transaction Details Prepared for
Michael E Beum
Account Number
XXXX-XXXXXX-91007

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | | $12.99 |
| APR 24 2017 | HOTELBOOKINGSERVFEE*HOTELBOOKING - LEHI, UT | |

Doing business as:

**RESERVATION COUNTER LLC**

View Details on Merchant Website

2961 W MAPLE LOOP DRIVE

LEHI

UT

84043

UNITED STATES OF AMERICA (THE)

800.727.9059

Additional Information: MMAEMYT2 801-341-1752

801-341-1752

Reference: 320171140548513888

Category: Business Services - Other Services

**Transaction Details**

Description

HOTELBOOKINGSERVFEE

**Janice Burns**

| | |
|---|---|
| **From:** | confirmations@reservationcounter.com |
| **Sent:** | Monday, April 24, 2017 3:13 PM |
| **To:** | Janice Burns |
| **Subject:** | Sheraton Fort Worth Downtown Hotel Confirmed Booking \| Itinerary Number: R776037054 |

 **RESERVATION COUNTER**          866-460-7456

# Sheraton Fort Worth Downtown Hotel

★ ★ ★ ☆ ☆ 1701 Commerce St, Fort Worth, TX 76102 US

## Your Reservation Is Confirmed.

Your booking is guaranteed and has been paid in full.



| | |
|---|---|
| **Check-In:** | Wednesday, 26 April, 2017 ( 3:00 PM) |
| **Check-Out:** | Thursday, 27 April, 2017 (12:00 PM) |
| **Your Stay:** | 1 night, 1 room |
| **Cancellation Policy:** | Each room in this reservation is subject to the hotel's cancellation policy which is: This reservation is non-refundable. There is no refund for no-shows or early checkouts. The $12.99 USD fee included in the total is non-refundable. We do not charge any additional change or cancellation fees. |

**Total**          **$322.61 USD**

 Contact Support     View Receipt      Manage Reservation

## MAP & DIRECTIONS

1



## RESERVATION INFORMATION

| | |
|---|---|
| **Room 1:** | 1 King Bed - Accessible Nonsmoking Room |
| **Room Confirmation:** | e523a755 |
| **Guests:** | michael baum, 1 Adults, 0 Children |
| **Check-In Date:** | Wednesday, April 26, 2017 ( 3:00 PM) |
| **Check-out Date:** | Thursday, April 27, 2017 (12:00 PM) |
| | **Please Note:** Preferences and requests cannot be guaranteed. Special requests are subject to availability upon check-in and may incur additional charges. |
| **Hotel Amenities:** | 24-hour business center, 24-hour fitness facilities, 24-hour front desk, ATM/banking, Accessible bathroom, Breakfast available (surcharge), Coffee shop or café, Computer station, Conference center, Conference space, Conference space size (feet) - 24000, Conference space size (meters) - 2230, Dry cleaning/laundry service, Elevator/lift, Express check-in, Express check-out, Free area shuttle, Free newspapers in lobby, Free parking nearby, Free shopping center shuttle, Free train station pickup, Garden, Gift shops or newsstand, In-room accessibility, Indoor pool, Luggage storage, Meeting rooms, Multilingual staff, Number of bars/lounges - 2, Number of floors - 12, Number of meeting rooms - 15, Parking (limited spaces), Porter/bellhop, Restaurant, Roll-in shower, Safe-deposit box at front desk, Self parking (surcharge), Smoke-free property, Spa tub, Television in common areas, Total number of rooms - 429, Tours/ticket assistance, Wedding services, WIFI (surcharge), Wired (high-speed) Internet access - surcharge, Year Built 1982 |



Counter    Need Wheels for your trip?

Reserve a Car

## PAYMENT INFORMATION

| | | |
|---|---|---|
| **Customer Name:** | michael e baum | |
| **Customer Email:** | jburns@schaferandweiner.com | |
| **Credit Card Type:** | American Express | |
| **Credit Card Number:** | xxxx-xxxx-xxxx-1007 | |
| **Price for room 1:** | Wednesday, April 26, 2017 | $239.00 USD |
| Tax Recovery Charges and Service Fees: | | **$70.62 USD** |
| Service Fee: | | $12.99 USD |
| **Total:** | | **$322.61 USD** |

## HOTEL POLICY

### Know Before You Go

- Children 16 years old and younger stay free when occupying the parent or guardian's room, using existing bedding.

### Fees

The following fees and deposits are charged by the property at time of service, check-in, or check-out.

- Breakfast fee: between USD 6.85 and USD 18.95 per person (approximately)
- Fee for in-room wireless Internet: USD varies per day (rates may vary)
- Fee for wireless Internet in public areas: USD 0.00 (rates may vary)
- Fee for high-speed Internet (wired) in public areas: USD 0.00 (rates may vary)
- Self parking fee: USD 20 per night (in/out privileges)
- Pet deposit: USD 150 per stay
- Pet fee: USD 150.00 per accommodation, per stay
- Late check-out fee: USD 50

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

Additional taxes and surcharges may be imposed by the hotel. The hotel reserves the right to pre-authorize credit cards prior to arrival.

See hotel policies for proper check-in procedures.

## CANCELLATION POLICY

Each room in this reservation is subject to the hotel's cancellation policy which is: This reservation is non-refundable. There is no refund for no-shows or early checkouts. The $12.99 USD fee included in the total is non-refundable. We do not charge any additional change or cancellation fees.

For any other questions and concerns please visit our FAQ page.

Or call our Customer Service team available 24/7:

866-460-7456

You'll need your Reservation Counter Itinerary number: R776037054

Terms of Use | Policies | Contact Us

Copyright 2017 Reservation Counter.

All Rights Reserved.

If you'd like to unsubscribe and stop receiving these emails click here.

**Pam Jozwiak**

From:       Expedia.com <Expedia@expediamail.com>
Sent:       Monday, May 15, 2017 4:31 PM
To:         Pam Jozwiak
Subject:    Updated Itinerary - Hilton Austin Airport, Austin, May 17 - May 18 (Itinerary #
            7266218336773)



We have modified your booking, according to your request. Your updated itinerary is outlined below. There's no need to call us to confirm your booking, if you've got any questions, please visit our FAQ's.

 **Access your itinerary anywhere.**
GET THE FREE APP

# Hilton Austin Airport, Austin
May 17, 2017 - May 18, 2017
Itinerary # 7266218336773

## Hilton Austin Airport
May 17, 2017 - May 18, 2017
1 room | 1 night
CONFIRMED
Confirmation # 3348561244

 View hotel details
9515 Hotel Drive, Austin, TX, 78719 United States of America
**Tel: 1 (512) 385-6767, Fax: 1 (512) 385-6763**

## Checking in

Check-in time starts at 3 PM

Check-in time ends at midnight

Your room/unit will be guaranteed for late arrival.

## Important Hotel Information

Although Expedia does not charge a fee to change or cancel your booking, **Hilton Austin Airport** may still charge a fee in accordance with its own rules & regulations.

Cancellations or changes made after 11:59PM (Central Daylight Time (US & Canada)) on May 16, 2017 or no-shows are subject to a property fee equal to 100% of the total amount paid for the reservation.

View your online itinerary for additional rules and restrictions.

**Room**
Standard 2 Doubles

Includes:
Free Airport Shuttle

Confirmation #: 3348561244

Reserved for
Joseph Grekin 1 adult

Requests
2 Double Beds, non-smoking room

## Price Summary

| | |
|---|---|
| **Total** | **$241.45** |
| Collected by Expedia | |
| **Room Price** | **$241.45** |
| **1 night** | $209.95 |
| Taxes & Fees | $31.50 |
| All prices quoted in USD. | |

## Additional Hotel Services

The below fees and deposits only apply if they are not included in your selected room rate.

The following fees and deposits are charged by the property at time of service, check-in, or check-out.

- Fee for continental breakfast: USD 14.95 per person (approximately)
- Self parking fee: USD 14.00 per night (in/out privileges)
- Valet parking fee: USD 20 per night
- Pet deposit: USD 50
- Pet fee: USD 50.00 per pet, per stay

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

## Need help with your reservation?

Visit our Customer Support page.

Call us at 1-877-261-3523.

For faster service, mention **itinerary #7266218336773**

## Complete Your Trip

Get there
**Add a Flight**

Get around
**Add a Car**

Find deals on rides to your Hotel
**Get a Ride**

Get out and explore
**Add an Activity**

Please do not reply to this message. This email was sent from a notification-only email address that cannot accept incoming email.

You are receiving this transactional email based on a recent booking or account-related update on Expedia.

© 2017 Expedia, Inc. All rights reserved. Expedia, Expedia Extras, , Trend Tracker, Insiders' Select and the Airplane logos are registered trademarks, or trademarks, of Expedia, Inc. in the U.S. and/or other countries. Other product and company names mentioned herein may be trademarks of their respective owners.

emlcid=PT-ETM-ENSIEC-teid1.0-issu2-testX-lang1033-verX-mcidX-segaX-segbX-segmX-key-paid-date20170515000000-link-wave0

*Platinum m/w/child*

```
***************************************
DATE  1/12/'17           TIME  2:28:41PM
MID 000003269741

              THE PRIME GRILL
               NEW YORK, NY
                  10017
               212-729-1819
     PLEASE SIGN AND LEAVE THE MERCHANT COPY
      THE CUSTOMER COPY IS YOURS TO KEEP

VISA      XXXXXXXXXXXX8363      S
AUTH 02571D    TBL 10    CHECK    448818
PRE-AUTH     DINING LOWER        ALINA


AMOUNT                        144.00
TAX                            12.78
              ---------------------
    SUBTOTAL  $      156.78

        TIP  $........ 25.00

    TOTAL  $....... 181.78
              =====================

        CUSTOMER COPY
***************************************
```



**H·E·B**

1000 9205 0328 1719 2700 096

```
1  KOSHER DOG                T   3.00
2  KOSHER DOG                T   3.00
3  THE CLASSIC BURGER        TF  9.00
4  THE CLASSIC BURGER        TF  9.00
5  KOSHER RACHEL SANDWICH    T  13.00
6  KOSHER RACHEL SANDWICH    T  13.00
7  FRENCH FRIES              T   2.00
8  FRENCH FRIES              T   2.00
9  FRENCH FRIES              T   2.00
10 KOSHER COLE SLAW SS       TF  4.13
11 HEB BOOT REUSABLE BAG     T   0.25

*********** Sale Subtotal***     60.38
     Sales Tax       4.98
************* Total Sale***       65.36
*** DEBIT                         65.36
=====================================
   ITEMS PURCHASED: 11
=====================================
US DEBIT
************3693
Chip Read          USD$  65.36
Appr No : 089767   Ref No : 227783
Mode: Issuer       Verified By Pin
AID : A000000098D840
TVR : 8080048000
IAD : 06010A03A00000
TSI : 6800         ARC : 00


        RECEIPT EXPIRES ON 06-26-17
```

||||||||||||||||||||||||||||||||
1000 9205 0328 1719 2700 096

```
HEB Food-Drugs #4/096
7025 Village Ctr Dr, Austin, TX 78731
Phone:       (512) 502-8445
Pharmacy:    (512) 502-8801
Fax:         (512) 502-8630
Store Hours:  6 a.m. to Midnight

Your Cashier:REUVEN M.
009205 03-28-17  7:27P 283/30/00096
```

---

**PRIME¹⁰**
CATERING & CUISINE

## PRIME 10

15600 W Ten Mile, Unit 17            Mar 26, 2017
Southfield, MI 48075                 12:34 PM
(248) 327-7344                       Sandy
Prime10detroit.com

Ticket: To go baum sunday 12:15 pm
Authorization 827357
Receipt yCpg

                                     AmEx 1007

---

AMERICAN EXPRESS
AID A0 00 00 00 25 01 08 01

---

Total                        **$93.28**
AmEx 1007 (Chip)             **$93.28**

**ADD A TIP**

☐ 18% (Tip $16.79, Total $110.07)

☐ 20% (Tip $18.66, Total $111.94)

☐ 25% (Tip $23.32, Total $116.60)

☐ _____   _____
  CUSTOM TIP   TOTAL



×
        Michael E Baum

I agree to pay the above total amount
according to my card issuer

---

```
             ONE STOP KOSHER
             25155 Greenfield Rd.
             Southfield, MI 48075
               248-569-5000
         onestopkosher@hotmail.com


2 PIZZA STOP TUNA WRAP 1 PC 1 @ 6.95

Total Food Items

Sub Total

Grand Total

         Paid CREDIT CARD:
         VISA Acc#: XXXX-3363
             Auth: 82439072

Items count: 2

      Thank You For Shopping With Us
           Please Come Again
           ***Store Hours***
           Sun 8am - 7pm.
        Mon, Tue & Wed 8am - 8pm
           Thur 8am - 9:30pm
            Fri 7:30am - 4 pm
          Sat. Night 7 pm - 11 pm

      ----------------------
      Transaction #: 3-212350
     Friday 03/24/2017 5:34:05 PM
    Cashier: BRANKONB  Register: 3
```



System By RDT Inc. - info@rdtsystems.c

**Eddie Vs Prime Seafood**
301 East 5th Street
Austin, TX 78701

Check # :27904-8501

**Table 200**
Kristen K
21:36:24 03/26/2017                      Gst 10
------------------------------------------
```
2 Miller Lite                    10.00
4 Titos                          34.00
2 Gentleman Jack                 24.00
1 Balvenie 30 year               78.00
2 DFT Stash IPA                  14.00
4 Ramey Claret Napa Gls          88.00
2 Pellegrino                     12.00
2 Johnnie Walker Black           28.00
1 Scallops                       36.00
2 Crab Chowder Cup               12.00
2 Decaf Coffee                    7.00
1 Room Charge                   309.00
1 Administrative Fee (2%)        24.00
1 Double Espresso                 5.00
2 8oz Filet                      80.00
  6 Add Scallop                  42.00
  6 @ $21.00 each
  2 Add Crab-Stuffed Shrimp      34.00
  2 @ $17.00 each
2 Caesar Salad                   22.00
1 BLT Wedge Salad                12.00
2 8oz Filet                      80.00
1 Lemon Sole                     31.00
1 Morel Crusted Red Snapper      35.00
1 8oz Filet                      40.00
  Carpetbag Style                12.00
1 Crab Stuffed Shrimp            32.00
1 12oz Filet                     48.00
1 Small Brussel Sprouts           7.00
1 Small Sauteed Spinach           7.00
2 Au Gratin Potatoes             20.00
2 Crab Fried Rice                28.00
1 Grilled Aspargus w/Egg         13.00
```
------------------------------------------
```
              Subtotal         1224.00
              MB Sales Tax        22.77
              Sales Tax           78.21

   *Guest Selected 20% Gratuity   240.00
```

21:36:24 03/26/2017
              Please pay this amount
        **Total    1564.98**

(1007)Amex                     1564.98

        **Amount Due   0.00**
        **Change       0.00**

*Please feel free to adjust the gratuity
amount.


**Contracted**

*********************************

Alika O Brien
Managing Partner

```
                    Stella
                Westin Austin
                310 East 5th St
                (512) 391-2333
938990032 Adriana                        1
------------------------------------------
CHK 6463        TBL 406/1          GST 6
            3/27/2017 8:20 PM
------------------------------------------
  1 Espresso                3.70 T1
  1 Espresso                3.70 T1
  1 Laphroig 15            24.00 T2
  1 Meat and Cheese Board  12.00 T1
  1 Laphroig 15            24.00 T2
  1 Patron Silver          14.00 T2
  1 Live Oak Hefe Dft       6.00 T2
  1 Deviled Eggs            6.00 T1
  1 Crispy Brussels App     6.00 T1
  1 Braised Short Rib Din  21.00 T1
  1 Quinoa & Zucchini      24.00 T1
        $Add Redfish
  1 Braised Short Rib Din  21.00 T1
  1 Stella Burger          14.00 T1
        No
        Lettuce
        No
        Tomato
  1 Quinoa & Zucchini      24.00 T1
        $Add Redfish
  1 Crispy Brussels App     6.00 T1
  1 Buffalo Trace          10.00 T2

    Subtotal:             $219.40
    Food Tax               $11.67
    Alochol Tax             $6.44
  Total Due:     $237.51
```

FOR ROOM CHARGES ONLY

GRATUITY: _____47_____

TOTAL: _____284.51_____

ROOM #_____

PRINT NAME:_____

SIGNATURE:_____

Join us on the 20th floor at Azul
Rooftop Bar! Come for the cocktails,
stay for the view!



Transaction Details Prepared for
Michael E Baum
Account Number
XXXX-XXXXXX-91007

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | | $242.48 |
| APR 28 2017 | MEAT POINT #28111004850148 - DALLAS, TX | |

Doing business as:

**MEAT POINT**
View Details on Merchant Website

7114 CAMPBELL RD, STE 102

DALLAS

TX

75248-1574

UNITED STATES OF AMERICA (THE)

972.380.1010

Additional Information: 74207857117 972-380-1010
972-380-1010
Reference: 320171180505778947
Category: Restaurant - Restaurant

**Transaction Details**

TIP                                                    $0.00

---

ONE STOP KOSHER
25155 Greenfield Rd.
Southfield, MI 48075
248-569-5000
onestopkosher@hotmail.com

| TURKEY WRAP | $5.99F |
|---|---|
| TURKEY PASTRAMI WRAP | $7.99F |
| PIZZA STOP TUNA WRAP 1 PC | $6.95F |

Total Food Items                    $20.93

Sub Total                           $20.93

Grand Total                         $20.93

Paid CASH:                          $21.00
Change:                              $0.07

Items count: 3

Thank You For Shopping With Us
Please Come Again
***Store Hours***
Sun 8am - 7pm,
Mon, Tue & Wed 8am - 8pm
Thur 8am - 9:30pm
Fri 7:30am - 4 pm
Sat. Night 7 pm - 11 pm

.......................
Transaction #: 6-211010
Tuesday 04/25/2017 7:10:11 PM
Cashier: BALKIS   Register: 6

$263.41

5/1/2017

https://online.americanexpress.com/r

METRO AIRPORT PARKING
LC SMITH TERMINAL-MEZZ
DETROIT, MI    48242
734-247-7909

## SALE

Clerk #: 000020

TID: 047            REF#: 00000064
Batch #: 129
01/30/17                      21:32:21
APPR CODE: 03826D
VISA                          Chip
************8363               **/**

**AMOUNT**          **$80.00**

APPROVED

CHASE VISA
AID: A0000000031010
TVR: 00 80 00 80 00
TSI: F8 00

THANK YOU
PLEASE COME AGAIN
ALL TAXES INCLUDED

CUSTOMER COPY

METRO AIRPORT PARKING
LC SMITH TERMINAL-MEZZ
DETROIT, MI    48242
734-247-7909

## SALE

Clerk #: 000410

TID: 047                    REF#: 00000084
Batch #: 147
02/17/17
APPR CODE: 083321           19:11:04
VISA
************8379             Chip
                            **/**

**AMOUNT**          **$80.00**

APPROVED

CHASE VISA
AID: A0000000031010
TVR: 00  80  00  80  00
TSI: F8  00

THANK YOU
PLEASE COME AGAIN
ALL TAXES INCLUDED

CUSTOMER COPY

METRO AIRPORT PARKING
LC SMITH TERMINAL-MEZZ
DETROIT, MI     48242
734-247-7909

## SALE

Clerk #: 000057

TID: 048                    REF#: 00000004
Batch #: 162
03/29/17                              11:11:22
APPR CODE: 06251D
VISA                                  Chip
************8363                       **/**

## AMOUNT              $120.00

APPROVED

CHASE VISA
AID: A0000000031010
TVR: 00 80 00 80 00
TSI: F8 00

THANK YOU
PLEASE COME AGAIN
ALL TAXES INCLUDED

CUSTOMER COPY

METRO AIRPORT PARKING
LC SMITH TERMINAL-MEZZ
DETROIT, MI    48242
734-247-7909

## SALE

Clerk #: 000033

TID: 047                    REF#: 00000027
Batch #: 215
04/27/17                              13:12:16
APPR CODE: 840579
AMEX
***********1007                      Chip
                                     **/**

## AMOUNT          $80.00

APPROVED

AMERICAN EXPRESS
AID: A0000000250108D1
TVR: 00 00 00 80 00
TSI: F8 00

THANK YOU
PLEASE COME AGAIN
ALL TAXES INCLUDED

CUSTOMER COPY

METRO AIRPORT
LC SMITH TERMIN.
DETROIT, MI
734-247-7909

LOW RUN
PRIORITY

## CUSTOMER   RECEIPT

Wayne County Airport Authority Valet Parking
2645 World Gateway Place
Building 830
Detroit, MI 48242
Phone: 1-800-642-1978

### SALE

Clerk #: 000033

TID: 047          REF#: 00000028
Batch #: 215
04/27/17                    13:13:34
APPR CODE: 205629
VISA                         Chip
***********4151              **/**

**AMOUNT**        **$80.00**

APPROVED

VISA CREDIT
AID: A0000000031010
TVR: 80 80 00 80 00
TSI: 68 00

THANK YOU
PLEASE COME AGAIN
ALL TAXES INCLUDED

CUSTOMER COPY

| | |
|---|---|
| Receipt Number: | 211673 |
| Ticket Number: | 301800 |
| License Plate: | DNU8340 |
| Date / Time In: | 4/26/2017  6:58:05AM |
| Date / Time Out: | 4/27/2017  1:13:14PM |

Parking:

| | |
|---|---|
| Number of Days: | 1 |
| Number of Hours: | 6 |
| Number of Minutes: | 15 |
| Payment Amount: | $ 80.00 |
| Payment Method: | Credit |

Thank You for your Patronage,  M MARCUS

1:14:10PM                Page 1 of 1

Case 1:16-cv-06848-BMC   Document 326-2   Filed 05/29/18   Page 71 of 93 PageID #: 7211



**BILLING HISTORY**

Close

### Summary Transaction Report by Client Code
### All
### from 10/01/2016 to 12/31/2016

Fri Sep 29 10:06:48 CDT 2017
**schafer0088**

Back     New Search

| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| PLATINUM/JLW | 137 | 0 | $13.70 |
| Grand Total: | 137 pages | | $13.70 |
| | 0 audio files | | $0.00 |
| | ($2.40 ea) | | |
| | | | $13.70 |

Back     New Search

Case 1:16-cv-06848-BMC   Document 326-2   Filed 05/29/18   Page 72 of 93 PageID #: 7212



**BILLING HISTORY**                                                     Close

Summary Transaction Report by Client Code
All
from 10/01/2016 to 12/31/2016

Fri Sep 29 10:06:06 CDT 2017
**schafer0088**



|  | Back | New Search |  |
|---|---|---|---|
| Client Code | Pages | Audio | Cost |
| PLATINUM | 99 | 0 | $9.90 |
| Grand Total: | 99 pages |  | $9.90 |
|  | 0 audio files |  | $0.00 |
|  | ($2.40 ea) |  |  |
|  |  |  | $9.90 |

|  | Back | New Search |
|---|---|---|

LexisNexis® PowerInvoice™

| CLIENT | USER NAME | USER ID | DATE | SERVICE | TYPE OF CHARGE | QUANTITY | CONTRACT USE | | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES | CONTRACT GROSS AMOUNT | CONTRACT NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | | | |
| 2848-0000 | MACK, NANCY | W90T49S | 21-Feb-2017 | LEXIS PUBLIC RECORDS | LA PUBREC REPORTS | 1.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | LA PUBREC SEARCHES | 1.00 | $114.00 | ($110.05) | $3.95 | $0.00 | $0.00 | $3.95 | $0.00 | $3.95 | $118.99 | $4.12 |
| | MARCUS, NICHOLAS | MKFZG0B | 15-Feb-2017 | LEXIS ADVANCE | LA ACCESS CHARGE | 12.00 | $720.00 | ($695.08) | $24.92 | $0.00 | $0.00 | $24.92 | $0.00 | $24.92 | $751.52 | $26.01 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 67.00 | $1,541.00 | ($1,487.66) | $53.34 | $0.00 | $0.00 | $53.34 | $0.00 | $53.34 | $1,608.46 | $55.67 |
| | | | | SHEPARD'S SERVICE | LA SHEPARD'S ACCESS | 3.00 | $45.00 | ($43.44) | $1.56 | $0.00 | $0.00 | $1.56 | $0.00 | $1.56 | $46.97 | $1.63 |
| | | | 16-Feb-2017 | LEXIS ADVANCE | LA ACCESS CHARGE | 4.00 | $240.00 | ($231.69) | $8.31 | $0.00 | $0.00 | $8.31 | $0.00 | $8.31 | $250.51 | $8.67 |
| | | | 22-Feb-2017 | LEXIS ADVANCE | LA ACCESS CHARGE | 3.00 | $180.00 | ($173.77) | $6.23 | $0.00 | $0.00 | $6.23 | $0.00 | $6.23 | $187.88 | $6.50 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 15.00 | $345.00 | ($333.06) | $11.94 | $0.00 | $0.00 | $11.94 | $0.00 | $11.94 | $360.10 | $12.46 |
| | | | | SHEPARD'S SERVICE | LA SHEPARD'S ACCESS | 3.00 | $45.00 | ($43.44) | $1.56 | $0.00 | $0.00 | $1.56 | $0.00 | $1.56 | $46.97 | $1.63 |
| | | | 23-Feb-2017 | LEXIS ADVANCE | LA ACCESS CHARGE | 3.00 | $180.00 | ($173.77) | $6.23 | $0.00 | $0.00 | $6.23 | $0.00 | $6.23 | $187.88 | $6.50 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 16.00 | $368.00 | ($355.26) | $12.74 | $0.00 | $0.00 | $12.74 | $0.00 | $12.74 | $384.11 | $13.30 |
| | | | | SHEPARD'S SERVICE | LA SHEPARD'S ACCESS | 4.00 | $60.00 | ($57.92) | $2.08 | $0.00 | $0.00 | $2.08 | $0.00 | $2.08 | $62.63 | $2.17 |
| Sub-Total: | | | | | | | $3,838.00 | ($3,706.14) | $132.86 | $0.00 | $0.00 | $132.86 | $0.00 | $132.86 | $4,006.02 | $138.66 |
| 2848-0001 | WEINER, JASON | V7P5SSG | 15-Feb-2017 | LEXIS ADVANCE | LA ACCESS CHARGE | 4.00 | $240.00 | ($231.70) | $8.30 | $0.00 | $0.00 | $8.30 | $0.00 | $8.30 | $250.51 | $8.66 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 1.00 | $23.00 | ($22.21) | $0.79 | $0.00 | $0.00 | $0.79 | $0.00 | $0.79 | $24.01 | $0.82 |
| | | | 22-Feb-2017 | LEXIS ADVANCE | LA ACCESS CHARGE | 3.00 | $180.00 | ($173.77) | $6.23 | $0.00 | $0.00 | $6.23 | $0.00 | $6.23 | $187.88 | $6.50 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 6.00 | $138.00 | ($133.23) | $4.77 | $0.00 | $0.00 | $4.77 | $0.00 | $4.77 | $144.04 | $4.66 |
| Sub-Totals | | | | | | | $581.00 | ($560.91) | $20.09 | $0.00 | $0.00 | $20.09 | $0.00 | $20.09 | $606.44 | $20.96 |

LexisNexis® PowerInvoice™ - Enhanced Billing

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Platnum | 7818-0001 | WEINER, JASON | V7P355Q | 31-Jan-2017 | LEXIS ADVANCE | LA ACCESS CHARGE | 9.00 | $540.00 | ($527.66) | $12.34 | $0.00 | $0.00 | $12.34 | $0.00 | $12.34 | $548.21 | $12.53 |
| | | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 5.00 | $115.00 | ($112.37) | $2.63 | $0.00 | $0.00 | $2.63 | $0.00 | $2.63 | $116.75 | $2.67 |
| | Sub-Totals | | | | | | | $655.00 | ($640.03) | $14.97 | $0.00 | $0.00 | $14.97 | $0.00 | $14.97 | $664.96 | $15.20 |

LexisNexis® PowerInvoice™ - Enhanced Billing

| 2848-0000 | MARCUS, NICHOLAS | MKFZG0B | 07-Mar-2017 | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 65.00 | $1,495.00 | ($1,441.03) | $53.97 | $0.00 | $0.00 | $53.97 | $0.00 | $53.97 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 08-Mar-2017 | LEXIS ADVANCE | LA ACCESS CHARGE | 5.00 | $300.00 | ($289.17) | $10.83 | $0.00 | $0.00 | $10.83 | $0.00 | $10.83 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 27.00 | $621.00 | ($598.59) | $22.41 | $0.00 | $0.00 | $22.41 | $0.00 | $22.41 |
| | | | 09-Mar-2017 | LEXIS ADVANCE | LA ACCESS CHARGE | 2.00 | $120.00 | ($115.67) | $4.33 | $0.00 | $0.00 | $4.33 | $0.00 | $4.33 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 3.00 | $69.00 | ($66.51) | $2.49 | $0.00 | $0.00 | $2.49 | $0.00 | $2.49 |
| | | | 13-Mar-2017 | LEXIS ADVANCE | LA ACCESS CHARGE | 1.00 | $60.00 | ($57.83) | $2.17 | $0.00 | $0.00 | $2.17 | $0.00 | $2.17 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 7.00 | $161.00 | ($155.19) | $5.81 | $0.00 | $0.00 | $5.81 | $0.00 | $5.81 |
| | | | 16-Mar-2017 | LEXIS ADVANCE | LA ACCESS CHARGE | 4.00 | $240.00 | ($231.34) | $8.66 | $0.00 | $0.00 | $8.66 | $0.00 | $8.66 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 60.00 | $1,380.00 | ($1,330.19) | $49.81 | $0.00 | $0.00 | $49.81 | $0.00 | $49.81 |
| | | | 20-Mar-2017 | LEXIS ADVANCE | LA ACCESS CHARGE | 3.00 | $180.00 | ($173.51) | $6.49 | $0.00 | $0.00 | $6.49 | $0.00 | $6.49 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 91.00 | $2,093.00 | ($2,017.45) | $75.55 | $0.00 | $0.00 | $75.55 | $0.00 | $75.55 |
| | | | 22-Mar-2017 | LEXIS ADVANCE | LA ACCESS CHARGE | 1.00 | $60.00 | ($57.84) | $2.16 | $0.00 | $0.00 | $2.16 | $0.00 | $2.16 |
| | | | 23-Mar-2017 | COLLIER SERVICE | LA DOCUMENT ACCESS | 2.00 | $180.00 | ($173.50) | $6.50 | $0.00 | $0.00 | $6.50 | $0.00 | $6.50 |
| | | | | LEXIS ADVANCE | LA ACCESS CHARGE | 8.00 | $480.00 | ($462.67) | $17.33 | $0.00 | $0.00 | $17.33 | $0.00 | $17.33 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 29.00 | $667.00 | ($642.92) | $24.08 | $0.00 | $0.00 | $24.08 | $0.00 | $24.08 |
| | | | 24-Mar-2017 | COLLIER SERVICE | LA DOCUMENT ACCESS | 3.00 | $230.00 | ($221.70) | $8.30 | $0.00 | $0.00 | $8.30 | $0.00 | $8.30 |
| | | | | LAW REVIEWS | LA DOCUMENT ACCESS | 7.00 | $350.00 | ($337.36) | $12.64 | $0.00 | $0.00 | $12.64 | $0.00 | $12.64 |
| | | | | LEXIS ADVANCE | LA ACCESS CHARGE | 16.00 | $960.00 | ($925.35) | $34.65 | $0.00 | $0.00 | $34.65 | $0.00 | $34.65 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 35.00 | $832.00 | ($801.97) | $30.03 | $0.00 | $0.00 | $30.03 | $0.00 | $30.03 |
| | | | | MATTHEW BENDER SERVICE | LA DOCUMENT ACCESS | 1.00 | $50.00 | ($48.19) | $1.81 | $0.00 | $0.00 | $1.81 | $0.00 | $1.81 |
| | | | 28-Mar-2017 | COLLIER SERVICE | LA DOCUMENT ACCESS | 2.00 | $180.00 | ($173.50) | $6.50 | $0.00 | $0.00 | $6.50 | $0.00 | $6.50 |

LexisNexis® PowerInvoice™ - Enhanced Billing

| CLIENT | USER NAME | USER ID | DATE | SERVICE | TYPE OF CHARGE | QUANTITY | CONTRACT USE | | NET AMOUNT | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GROSS AMOUNT | ADJUSTMENT | | OVER THE CAP | OUTSIDE CONTRACT | | | |
| | | | | LEXIS ADVANCE | LA ACCESS CHARGE | 1.00 | $60.00 | ($57.84) | $2.16 | $0.00 | $0.00 | $2.16 | $0.00 | $2.16 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 12.00 | $276.00 | ($266.03) | $9.97 | $0.00 | $0.00 | $9.97 | $0.00 | $9.97 |
| | | | 29-Mar-2017 | LEXIS ADVANCE | LA ACCESS CHARGE | 1.00 | $60.00 | ($57.83) | $2.17 | $0.00 | $0.00 | $2.17 | $0.00 | $2.17 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 3.00 | $69.00 | ($66.51) | $2.49 | $0.00 | $0.00 | $2.49 | $0.00 | $2.49 |
| Sub-Total: | | | | | | | $11,173.00 | ($10,769.69) | $403.31 | $0.00 | $0.00 | $403.31 | $0.00 | $403.31 |
| 2848-0001 | WEINER, JASON | V7P5SSG | 16-Mar-2017 | LEXIS ADVANCE | LA ACCESS CHARGE | 2.00 | $120.00 | ($115.67) | $4.33 | $0.00 | $0.00 | $4.33 | $0.00 | $4.33 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 1.00 | $23.00 | ($22.17) | $0.83 | $0.00 | $0.00 | $0.83 | $0.00 | $0.83 |
| | | | 19-Mar-2017 | COLLIER SERVICE | LA DOCUMENT ACCESS | 2.00 | $180.00 | ($173.50) | $6.50 | $0.00 | $0.00 | $6.50 | $0.00 | $6.50 |
| Sub-Total: | | | | | | | $323.00 | ($311.34) | $11.66 | $0.00 | $0.00 | $11.66 | $0.00 | $11.66 |

LexisNexis® PowerInvoice™ - Enhanced Billing

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2848-0000 | MARCUS, NICHOLAS | MKFZG0B | 25-Apr-2017 | COLLIER SERVICE | LA DOCUMENT ACCESS | 5.00 | $450.00 | ($432.28) | $17.72 | $0.00 | $0.00 | $17.72 | $0.00 | $17.72 |
| | | | | LEXIS ADVANCE | LA ACCESS CHARGE | 5.00 | $300.00 | ($288.19) | $11.81 | $0.00 | $0.00 | $11.81 | $0.00 | $11.81 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 13.00 | $299.00 | ($287.22) | $11.78 | $0.00 | $0.00 | $11.78 | $0.00 | $11.78 |
| | | | | SHEPARD'S SERVICE | LA SHEPARD'S ACCESS | 1.00 | $15.00 | ($14.41) | $0.59 | $0.00 | $0.00 | $0.59 | $0.00 | $0.59 |
| Sub-Total: | | | | | | | $1,064.00 | ($1,022.10) | $41.90 | $0.00 | $0.00 | $41.90 | $0.00 | $41.90 |
| 2848-0001 | WEINER, JASON | V7P5SSG | 07-Apr-2017 | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 1.00 | $23.00 | ($22.09) | $0.91 | $0.00 | $0.00 | $0.91 | $0.00 | $0.91 |
| | | | 13-Apr-2017 | COLLIER SERVICE | LA DOCUMENT ACCESS | 1.00 | $90.00 | ($86.45) | $3.55 | $0.00 | $0.00 | $3.55 | $0.00 | $3.55 |
| | | | | LEXIS ADVANCE | LA ACCESS CHARGE | 2.00 | $120.00 | ($115.28) | $4.72 | $0.00 | $0.00 | $4.72 | $0.00 | $4.72 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 1.00 | $23.00 | ($22.09) | $0.91 | $0.00 | $0.00 | $0.91 | $0.00 | $0.91 |
| | | | 25-Apr-2017 | COLLIER SERVICE | LA DOCUMENT ACCESS | 1.00 | $90.00 | ($86.46) | $3.54 | $0.00 | $0.00 | $3.54 | $0.00 | $3.54 |
| | | | | LEXIS ADVANCE | LA ACCESS CHARGE | 3.00 | $180.00 | ($172.92) | $7.08 | $0.00 | $0.00 | $7.08 | $0.00 | $7.08 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 4.00 | $92.00 | ($88.38) | $3.62 | $0.00 | $0.00 | $3.62 | $0.00 | $3.62 |
| | | | 26-Apr-2017 | LEXIS ADVANCE | LA ACCESS CHARGE | 7.00 | $420.00 | ($403.46) | $16.54 | $0.00 | $0.00 | $16.54 | $0.00 | $16.54 |
| | | | | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 12.00 | $276.00 | ($265.13) | $10.87 | $0.00 | $0.00 | $10.87 | $0.00 | $10.87 |
| | | | | SHEPARD'S SERVICE | LA SHEPARD'S ACCESS | 3.00 | $45.00 | ($43.23) | $1.77 | $0.00 | $0.00 | $1.77 | $0.00 | $1.77 |
| Sub-Total: | | | | | | | $1,359.00 | ($1,305.49) | $53.51 | $0.00 | $0.00 | $53.51 | $0.00 | $53.51 |

LexisNexis® PowerInvoice™ - Enhanced Billing

| 2848-0000 | MARCUS, NICHOLAS | MKPZG0B | 02-May-2017 | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 7.00 | $161.00 | ($148.29) | $12.71 | $0.00 | $0.00 | $12.71 | $0.00 | $12.71 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SHEPARD'S SERVICE | LA SHEPARD'S ACCESS | 1.00 | $15.00 | ($13.82) | $1.18 | $0.00 | $0.00 | $1.18 | $0.00 | $1.18 |
| Sub-Total: | | | | | | | $176.00 | ($162.11) | $13.89 | $0.00 | $0.00 | $13.89 | $0.00 | $13.89 |

**PACER**
PUBLIC ACCESS TO COURT ELECTRONIC RECORDS

## BILLING HISTORY

Close

### Summary Details Transaction Report by Client Code

**PLAINTUM/JLW**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2641765 | TXWBK | 01/11/2017 | PLAINTUM/JLW | 11 | 0 | $1.10 |
| Subtotal: | | | 11 | pages | | $1.10 |

**PLATINUM**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2641765 | NYSBK | 02/01/2017 | PLATINUM | 1 | 0 | $0.10 |
| 2641765 | TXNBK | 01/20/2017 | PLATINUM | 6 | 0 | $0.60 |
| 2641765 | TXNBK | 02/16/2017 | PLATINUM | 20 | 0 | $2.00 |
| 2641765 | TXNBK | 03/13/2017 | PLATINUM | 36 | 0 | $3.60 |
| 2641765 | TXNBK | 03/14/2017 | PLATINUM | 22 | 0 | $2.20 |
| 2641765 | TXNBK | 03/15/2017 | PLATINUM | 4 | 0 | $0.40 |
| 2641765 | TXWBK | 01/27/2017 | PLATINUM | 67 | 0 | $6.70 |

| Login | Court | Date | Client Code | Pages | Audio | Cost |
|---|---|---|---|---|---|---|
| 2641765 | TXWBK | 02/06/2017 | PLATINUM | 12 | 0 | $1.20 |
| 2641765 | TXWBK | 03/13/2017 | PLATINUM | 94 | 0 | $9.40 |
| Subtotal: | | | 262 | pages | | $26.20 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $26.20 |

**PLATINUM CH 15 /JMB**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2641765 | TXNBK | 03/14/2017 | PLATINUM CH 15 /JMB | 5 | 0 | $0.50 |
| Subtotal: | | | 5 | pages | | $0.50 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $0.50 |

**PLATINUM/JLW**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2641765 | NYEDC | 01/12/2017 | PLATINUM/JLW | 39 | 0 | $3.90 |
| 2641765 | NYEDC | 01/27/2017 | PLATINUM/JLW | 52 | 0 | $5.20 |
| 2641765 | NYEDC | 02/01/2017 | PLATINUM/JLW | 74 | 0 | $7.40 |
| 2641765 | TXNBK | 02/03/2017 | PLATINUM/JLW | 5 | 0 | $0.50 |
| 2641765 | TXNBK | 02/12/2017 | PLATINUM/JLW | 3 | 0 | $0.30 |
| 2641765 | TXNBK | 02/13/2017 | PLATINUM/JLW | 4 | 0 | $0.40 |
| 2641765 | TXNBK | 02/20/2017 | PLATINUM/JLW | 79 | 0 | $7.90 |
| 2641765 | TXWBK | 02/13/2017 | PLATINUM/JLW | 51 | 0 | $5.10 |
| 2641765 | TXWBK | 02/14/2017 | PLATINUM/JLW | 33 | 0 | $3.30 |
| 2641765 | TXWBK | 02/20/2017 | PLATINUM/JLW | 30 | 0 | $3.00 |
| 2641765 | TXWBK | 02/21/2017 | PLATINUM/JLW | 41 | 0 | $4.10 |
| 2641765 | TXWBK | 02/22/2017 | PLATINUM/JLW | 32 | 0 | $3.20 |
| Subtotal: | | | 443 | pages | | $44.30 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $44.30 |

**PLATINUM/JMB**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2641765 | 00PCL | 01/20/2017 | PLATINUM/JMB | 1 | 0 | $0.10 |
| 2641765 | TXNBK | 01/18/2017 | PLATINUM/JMB | 5 | 0 | $0.50 |
| 2641765 | TXNBK | 01/20/2017 | PLATINUM/JMB | 58 | 0 | $5.80 |
| Subtotal: | | | 64 | pages | | $6.40 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $6.40 |

**PLATINUMCH15/JMB**



**PACER**
PUBLIC ACCESS TO COURT ELECTRONIC RECORDS

BILLING HISTORY

Close

### Summary Details Transaction Report by Client Code

**PLATINUM**

| 2641765 | CACDC | 05/02/2017 | PLATINUM | 61 | 0 | $6.10 |
|---------|-------|------------|----------|-----|---|-------|
| 2641765 | NYEBK | 05/02/2017 | PLATINUM | 1 | 0 | $0.10 |
| 2641765 | NYEDC | 05/02/2017 | PLATINUM | 135 | 0 | $13.50 |
| 2641765 | NYSDC | 05/02/2017 | PLATINUM | 67 | 0 | $6.70 |
| 2641765 | PAEDC | 05/02/2017 | PLATINUM | 29 | 0 | $2.90 |
| 2641765 | TXNBK | 04/14/2017 | PLATINUM | 14 | 0 | $1.40 |
| 2641765 | TXNBK | 05/17/2017 | PLATINUM | 1 | 0 | $0.10 |
| 2641765 | TXWBK | 05/23/2017 | PLATINUM | 8 | 0 | $0.80 |
| 2641765 | TXWBK | 05/30/2017 | PLATINUM | 2 | 0 | $0.20 |
| 2641765 | TXWBK | 05/31/2017 | PLATINUM | 2 | 0 | $0.20 |
| Subtotal: | | | 318 | pages | | $31.80 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $31.80 |

**PLATINUM/JLW**

| 2641765 | TXNBK | 04/05/2017 | PLATINUM/JLW | 33 | 0 | $3.30 |
|---------|-------|------------|--------------|-----|---|-------|
| 2641765 | TXNBK | 04/06/2017 | PLATINUM/JLW | 1 | 0 | $0.10 |
| 2641765 | TXNBK | 04/26/2017 | PLATINUM/JLW | 60 | 0 | $6.00 |
| 2641765 | TXNBK | 04/27/2017 | PLATINUM/JLW | 5 | 0 | $0.50 |
| 2641765 | TXNBK | 05/12/2017 | PLATINUM/JLW | 25 | 0 | $2.50 |
| 2641765 | TXNBK | 05/18/2017 | PLATINUM/JLW | 15 | 0 | $1.50 |
| Subtotal: | | | 139 | pages | | $13.90 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $13.90 |

**PLATINUM/JMB**

| 2641765 | TXNBK | 04/13/2017 | PLATINUM/JMB | 2 | 0 | $0.20 |
|---------|-------|------------|--------------|-----|---|-------|
| Subtotal: | | | 2 | pages | | $0.20 |
| | | | 0 | audio files ($2.40 ea) . | | $0.00 |
| | | | | | | $0.20 |



How was your experience?

## $105.00

Custom Amount $1

Total $1





Jorje

1888 Arthur Ave, Apt 3A

Bronx, NY 10457-6319


Visa 8203 (Swipe)

VISA

JOSEPH K GREKIN

at

#t

31


© 2017 Square, Inc.

1455 Market Street, Suite 600
San Francisco, CA 94103
Map data © OpenStreetMap contributors

Square Privacy Policy · Not your receipt?
Manage preferences for digital receipts



3

**From:** Jorje via Square [mailto:receipts@messaging.squareup.com]
**Sent:** Friday, July 07, 2017 2:17 PM
**To:** Joe Grekin <JGrekin@schaferandweiner.com>
**Subject:** Receipt from Jorje

Square automatically sends receipts to the email address you used at any Square seller. <u>Learn more</u>



1

**ATX CO OP TAXI**
(512) 333-5555
7901 Cameron Rd.
Blding 2 #253
Austin, Tx. 78754

*Platinum*

ATX COOP TAXI

**FARE RECEIPT**

Date 5/17/17 TIME____:____AM/PM

From: Austin Airport

To: _8q Sheriton_

AMOUNT: 35.00

Cab #_____DRIVE_____

**WWW.ATXCOOPTAXI.NET**

... Eas II IN
Auston  TX
(512)836-2088

Start Date Por/18/1/
Star Time 14:38

End Date:05/18/17
End Time:14:52

... 05/18/17
... 14:52:55

Distance:8.38mi

FARE                      $  22.38
TIP...                    $   6.00

TOTAL                     $  22.38

4 ... ZS TO BOOK A RIDE
... ... ... .0966
... ... ... austin.com
8 ... ... ... .com/088
Promo code RATTPL

* * * * * * * * * *

*Cab to airport Plat* *(handwritten)*



# $206.65

Thanks for choosing Uber, Michael

January 12, 2017 | uberX

04:37pm | 101 E 56th St, New York, NY

06:44pm | 60-62 Claridge Dr, Jackson, NJ

---



**You rode with Joni**

| 80.52 miles | 02:06:44 Trip time | uberX Car |

| Rate Your Driver | ☆ ☆ ☆ ☆ ☆ |



**YOU'VE EARNED 2X POINTS**
MEMBERSHIP REWARDS®

## Your Fare

| | |
|---|---|
| Trip fare | 206. |
| Subtotal | $206. |
| Before Taxes | 201. |
| Black Car Fund (2.5%) | 5. |

CHARGED

$206.6

Personal •••• 1007

Affiliated with ZWOLF-NY, LLC (B02877)

Dispatched by Zwolf (B02877)

License Plate: T706991C

FHV License Number: 5732552

Driver's TLC License Number: 5709495

To submit a complaint to the NYC TLC, please call 311.



Invite your friends and family. Get a free ride worth up to $10 when you refer a friend to try Uber.

# Share code:
# michaelb38092ue

UBER

eed help?

contact us

Track it down.

Platinum *FBI*
to Newark.
Thai to
August.
120

**Fare Receipt**
**(512) 333-5555**
**ATX CO OP TAXI**
**WWW.ATXCOOPTAXI.NET**

Date: 1-29-17    $35.00

Received of _____

The Sum of _____

From  A B I A _____

To  Wesln _____

**Share Holder**
No. 7.7.2    Name: N. l. O

**Fare Receipt**
(512) 452-9999
YellowCabAustin.com

**YELLOW CAB**

Date _3/29_

Received of _MB_

the Sum of _40 oo_

from _Hilton_

to _Austin Westin_

Independent Contractor Driver:

No. _____   Name _____

**ATX CO OP TAXI**
(512) 333-5555
7901 Cameron Rd.
Biding 2 #253
Austin, Tx. 78754



**FARE RECEIPT**

Date_____ / __ / ___   TIME_____ : ___ AM/PM

From: _Austin - Westin_

To: _Waller_

AMOUNT:

Cab #_____ 10 w/ _____ DRIVE
_____ / 20 _____

WWW.ATXCOOPTAXI.NET

**AUSTIN CAB CO.**
**478-2222**
1135 Gunter St., Ste. 101
Austin, TX 78702

**FARE RECEIPT**

AMT: _10 oo_   DATE: _3 28_

TRIP FROM: _Westin ) Reaver_

TO: _Hilton_

DRIVER: _____

CAB #: _____

24 Hour Radio Dispatched Service
Airport Pickup, Time Calls & Delivery Service Available

$59.80

NYC-TAXI
Sale
Jan 15, 2017
**Additional merchant and transaction information**
ASTORIA, NY 111060000 US
In-person transaction