UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,   :
                                        Plaintiff,   :
           -v-   :   No. 16-cv-6848 (BMC)(VMS)

PLATINUM MANAGEMENT (NY) LLC;
PLATINUM CREDIT MANAGEMENT, L.P.;
MARK NORDLICHT;
DAVID LEVY;
DANIEL SMALL;
URI LANDESMAN;
JOSEPH MANN;
JOSEPH SANFILIPPO; and
JEFFREY SHULSE,

                                  Defendants.
-------------------------------------------------------------X

**ORDER APPROVING THIRD JOINT INTERIM APPLICATION
OF THE RECEIVER AND OTTERBOURG P.C. FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING
THE PERIOD JANUARY 1, 2018 THROUGH MARCH 31, 2018**

THIS MATTER coming before the Court on the Third Joint Interim Application of Melanie L. Cyganowski, the duly appointed receiver herein (the "Receiver") and Otterbourg P.C. ("Otterbourg"), counsel for the Receiver, for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period January 1, 2018 Through March 31, 2018 (the "Third Interim Application")[1] [Dkt. No. 324; and the Court having considered the Third Interim Application and exhibits and other documents filed in support of the Third Interim Application; and the Court having found that the Third Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Third Interim Application.

**ORDERED** that the Third Interim Application for the period covering March 1, 2018 through March 31, 2018 (the "Third Application Period") is granted; and it is further

**ORDERED** that the Receiver's compensation for the Third Application Period is allowed on an interim basis in the amount of $186,343.60 (the "Allowed Receiver Fees"); and it is further

**ORDERED** that the fees requested by Otterbourg for the Third Application Period are allowed on an interim basis in the amount of $758,002.95 (the "Allowed Otterbourg Fees" and, together with the Allowed Receiver Fees, the "Allowed Fees"); and it is further

**ORDERED** that the Receiver's request for reimbursement of her out-of-pocket expenses for the Third Application Period is allowed on an interim basis in the amount of $1,555.48; and it is further

**ORDERED** that Otterbourg's request for reimbursement of its out-of-pocket expenses for the Third Application Period is allowed on an interim basis in the amount of $7,254.33; and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership assets (i) the Allowed Fees, less twenty (20%) percent of the Allowed Fees, plus (ii) 100% of the allowed out-of-pocket expenses of Applicants.

SO ORDERED.

_____
U.S.D.J.

Dated: Brooklyn, New York
June ~~12~~, 2018
17