

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
(212) 336-0533

July 11, 2018

**Filed on ECF**
Honorable Brian M. Cogan
U.S. District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:**    *SEC v. Platinum Management (NY) LLP, et al.*, No. 16-6848 (BMC)
            *Proposed Joint Agenda*

Dear Judge Cogan:

    Pursuant to the Court's Order dated May 21, 2018, the parties in the above-referenced case were directed to file a Proposed Joint Agenda 48 hours in advance of the status conference that the Court has scheduled for Monday, July 16, 2018. This case has been stayed.[1] The Plaintiff Securities and Exchange Commission ("SEC") has no issues to raise at the status conference. The undersigned contacted counsel for the court-appointed Receiver and all defense counsel and has been advised that neither the Receiver nor any defendant has any issue to raise at the status conference.

                                                Respectfully submitted,

                                                Kevin P. McGrath
                                                Senior Trial Counsel

Cc (via email):

All counsel of record

---

[1] We note, however, that non-party Schafer and Weiner, PLLC has filed a motion for allowance of compensation and reimbursement of expenses (Dkt. No. 326) and non-party Navidea Biopharmaceuticals, Inc. has filed a motion to lift the stay to permit it to file a third-party complaint against Platinum Partners Credit Opportunities Master Fund LP (Dkt. No. 342).