UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,  :
:
                     Plaintiff,     :
:
   -v-                           :     No. 16-cv-6848 (BMC)
:
PLATINUM MANAGEMENT (NY) LLC;  :
PLATINUM CREDIT MANAGEMENT, L.P.;  :
MARK NORDLICHT;  :
DAVID LEVY;  :
DANIEL SMALL;  :
URI LANDESMAN;  :
JOSEPH MANN;  :
JOSEPH SANFILIPPO; and  :
JEFFREY SHULSE,  :
:
                     Defendants.  :
-------------------------------------------------------------X

## ORDER APPROVING FIFTH INTERIM APPLICATION OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD <u>JULY 1, 2018 THROUGH SEPTEMBER 30, 2018</u>

THIS MATTER coming before the Court on the Fifth Interim Application of Goldin Associates, LLC ("Goldin") for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period July 1, 2018 through September 30, 2018 (the "Fifth Interim Application")[1] [419]; and the Court having considered the Fifth Interim Application and exhibits and other documents filed in support of the Fifth Interim Application; and the Court having found that the Fifth Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1]     Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Fifth Interim Application.

**ORDERED** that the Fifth Interim Application for the period covering July 1, 2018 through September 30, 2018 (the "Fifth Application Period") is granted; and it is further

**ORDERED** that Goldin's compensation for the Fifth Application Period is allowed on an interim basis in the amount of $805,900.50 in (the "Allowed Fees"); and it is further

**ORDERED** that Goldin's request for reimbursement of its out-of-pocket expenses for the Fifth Application Period is allowed on an interim basis in the amount of $1,124.35; and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership assets (i) the Allowed Fees, less twenty percent (20%) of the Allowed Fees (the "Holdback Amount"), plus (ii) 100% of the allowed out-of-pocket expenses of Goldin.

SO ORDERED.

_____
U.S.D.J.

Dated: Brooklyn, New York
        December ~~14~~ 17, 2018