UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                         Plaintiff,

  -v-                                         No. 16-cv-6848 (BMC)

PLATINUM MANAGEMENT (NY) LLC;
PLATINUM CREDIT MANAGEMENT, L.P.;
MARK NORDLICHT;
DAVID LEVY;
DANIEL SMALL;
URI LANDESMAN;
JOSEPH MANN;
JOSEPH SANFILIPPO; and
JEFFREY SHULSE,

                        Defendants.
---------------------------------------------------------------X

**ORDER APPROVING FOURTH JOINT INTERIM
APPLICATION OF THE RECEIVER AND OTTERBOURG P.C. FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING
THE PERIOD APRIL 1, 2018 THROUGH JUNE 30, 2018**

THIS MATTER coming before the Court on the Fourth Joint Interim Application of Melanie L. Cyganowski, the duly appointed receiver herein (the "Receiver") and Otterbourg P.C. ("Otterbourg"), counsel for the Receiver, for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period April 1, 2018 Through June 30, 2018 (the "Fourth Interim Application")[1] [420]; and the Court having considered the Fourth Interim Application and exhibits and other documents filed in support of the Fourth Interim Application; and the Court having found that the Fourth Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Fourth Interim Application.

**ORDERED** that the Fourth Interim Application for the period covering April 1, 2018 through June 30, 2018 (the "Fourth Application Period") is granted; and it is further

**ORDERED** that the Receiver's compensation for the Fourth Application Period is allowed on an interim basis in the amount of $190,244.00 (the "Allowed Receiver Fees"); and it is further

**ORDERED** that the fees requested by Otterbourg for the Fourth Application Period are allowed on an interim basis in the amount of $911,561.85 (the "Allowed Otterbourg Fees" and, together with the Allowed Receiver Fees, the "Allowed Fees"); and it is further

**ORDERED** that the Receiver's request for reimbursement of her out-of-pocket expenses for the Fourth Application Period is allowed on an interim basis in the amount of $1,577.21; and it is further

**ORDERED** that Otterbourg's request for reimbursement of its out-of-pocket expenses for the Fourth Application Period is allowed on an interim basis in the amount of $10,552.39; and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership assets (i) the Allowed Fees, less twenty (20%) percent of the Allowed Fees, plus (ii) 100% of the allowed out-of-pocket expenses of Applicants.

SO ORDERED.

_____
U.S.D.J.

Dated:  Brooklyn, New York
        December 14, 2018
              17

2