UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :
                                                    :
                          Plaintiff,                :
                                                    :
        -v-                                         :        No. 16-cv-6848 (BMC)
                                                    :
PLATINUM MANAGEMENT (NY) LLC;                       :
PLATINUM CREDIT MANAGEMENT, L.P.;                   :
MARK NORDLICHT;                                     :
DAVID LEVY;                                         :
DANIEL SMALL;                                       :
URI LANDESMAN;                                      :
JOSEPH MANN;                                        :
JOSEPH SANFILIPPO; and                              :
JEFFREY SHULSE,                                     :
                                                    :
                          Defendants.               :
------------------------------------------------------------X

## ORDER APPROVING FIRST INTERIM APPLICATION OF CONWAY MACKENZIE CAPITAL ADVISORS, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD OCTOBER 12, 2017 THROUGH DECEMBER 31, 2017

THIS MATTER coming before the Court on the First Interim Application of Conway Mackenzie Capital Advisors, LLC, ("CM") as consultant and investment banker to Melanie L. Cyganowski, the Court-appointed receiver (the "Receiver"), for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period October 12, 2017 Through December 31, 2017 (the "First Interim Application")[1] [Dkt. No. 437]; and the Court having considered the First Interim Application and exhibits and other documents filed in support of the First Interim Application; and the Court having found that the First Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

_____

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the First Interim Application.

**ORDERED** that the First Interim Application for the period covering October 12, 2017 through December 31, 2017 (the "First Application Period") is granted; and it is further

**ORDERED** that the fees requested by CM for the First Application Period are allowed on an interim basis in the amount of $251,530.00 (the "Allowed Fees"); and it is further

**ORDERED** that CM's request for reimbursement of its out-of-pocket expenses for the First Application Period is allowed on an interim basis in the amount of $2,940.07; and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership assets, to the extent not already paid (i) the Allowed Fees, less twenty (20%) percent of the Allowed Fees, plus (ii) 100% of the allowed out-of-pocket expenses of Applicants.

SO ORDERED.

_____
U.S.D.J.

Dated: Brooklyn, New York
        January 17, 2019
            18

2