```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,  :
                                     :
                 Plaintiff,          :
                                     :
     -v-                             :   No. 16-cv-6848 (BMC)
                                     :
PLATINUM MANAGEMENT (NY) LLC;        :
PLATINUM CREDIT MANAGEMENT, L.P.;    :
MARK NORDLICHT;                      :
DAVID LEVY;                          :
DANIEL SMALL;                        :
URI LANDESMAN;                       :
JOSEPH MANN;                         :
JOSEPH SANFILIPPO; and               :
JEFFREY SHULSE,                      :
                                     :
                 Defendants.         :
---------------------------------------------------------------X
```

**ORDER APPROVING SECOND INTERIM APPLICATION OF
CONWAY MACKENZIE CAPITAL ADVISORS, LLC FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING
THE PERIOD JANUARY 1, 2018 THROUGH MARCH 31, 2018**

THIS MATTER coming before the Court on the Second Interim Application of Conway Mackenzie Capital Advisors, LLC, ("CM") as consultant and investment banker to Melanie L. Cyganowski, the Court-appointed receiver (the "Receiver"), for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period January 1, 2018 Through March 31, 2018 (the "Second Interim Application")[1] [Dkt. No. 438]; and the Court having considered the Second Interim Application and exhibits and other documents filed in support of the Second Interim Application; and the Court having found that the Second Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Second Interim Application.

**ORDERED** that the Second Interim Application for the period covering January 1, 2018 through March 31, 2018 (the "Second Application Period") is granted; and it is further

**ORDERED** that the fees requested by CM for the Second Application Period are allowed on an interim basis in the amount of $438,080.25 (the "Allowed Fees"); and it is further

**ORDERED** that CM's request for reimbursement of its out-of-pocket expenses for the Second Application Period is allowed on an interim basis in the amount of $5,204.45; and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership assets, to the extent not already paid (i) the Allowed Fees, less twenty (20%) percent of the Allowed Fees, plus (ii) 100% of the allowed out-of-pocket expenses of Applicants.

SO ORDERED.

_____
U.S.D.J.

Dated: Brooklyn, New York
January 18, 2019

2