```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,     :
                                        :
                     Plaintiff,         :
                                        :
      -v-                               :     No. 16-cv-6848 (BMC)
                                        :
PLATINUM MANAGEMENT (NY) LLC;           :
PLATINUM CREDIT MANAGEMENT, L.P.;       :
MARK NORDLICHT;                         :
DAVID LEVY;                             :
DANIEL SMALL;                           :
URI LANDESMAN;                          :
JOSEPH MANN;                            :
JOSEPH SANFILIPPO; and                  :
JEFFREY SHULSE,                         :
                                        :
                     Defendants.        :
---------------------------------------------------------------X
```

**ORDER APPROVING THIRD INTERIM APPLICATION OF
CONWAY MACKENZIE CAPITAL ADVISORS, LLC FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING
THE PERIOD APRIL 1, 2018 THROUGH JUNE 30, 2018**

THIS MATTER coming before the Court on the Third Interim Application of Conway Mackenzie Capital Advisors, LLC, ("CM") as consultant and investment banker to Melanie L. Cyganowski, the Court-appointed receiver (the "Receiver"), for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period April 1, 2018 Through June 30, 2018 (the "<u>Third Interim Application</u>")[1] [Dkt. No. 439]; and the Court having considered the Third Interim Application and exhibits and other documents filed in support of the Third Interim Application; and the Court having found that the Third Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Third Interim Application.

**ORDERED** that the Third Interim Application for the period covering April 1, 2018 through June 30, 2018 (the "Third Application Period") is granted; and it is further

**ORDERED** that the fees requested by CM for the Third Application Period are allowed on an interim basis in the amount of $456,562.50 (the "Allowed Fees"); and it is further

**ORDERED** that CM's request for reimbursement of its out-of-pocket expenses for the Third Application Period is allowed on an interim basis in the amount of $4,974.46; and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership assets, to the extent not already paid (i) the Allowed Fees, less twenty (20%) percent of the Allowed Fees, plus (ii) 100% of the allowed out-of-pocket expenses of Applicants.

SO ORDERED.

_____
U.S.D.J.

Dated: Brooklyn, New York
      January 17, 2019