UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :
:
                        Plaintiff,    :
:
  -v-                                      :     No. 16-cv-6848 (BMC)
:
PLATINUM MANAGEMENT (NY) LLC; :
PLATINUM CREDIT MANAGEMENT, L.P.; :
MARK NORDLICHT; :
DAVID LEVY; :
DANIEL SMALL; :
URI LANDESMAN; :
JOSEPH MANN; :
JOSEPH SANFILIPPO; and :
JEFFREY SHULSE, :
:
                        Defendants.    :
-----------------------------------------------------------------X

**ORDER APPROVING FOURTH INTERIM APPLICATION OF
CONWAY MACKENZIE CAPITAL ADVISORS, LLC FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING
THE PERIOD JULY 1, 2018 THROUGH SEPTEMBER 30, 2018**

      THIS MATTER coming before the Court on the Fourth Interim Application of Conway Mackenzie Capital Advisors, LLC, ("CM") as consultant and investment banker to Melanie L. Cyganowski, the Court-appointed receiver (the "Receiver"), for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period July 1, 2018 Through September 30, 2018 (the "Fourth Interim Application")[1] [Dkt. No. 440]; and the Court having considered the Fourth Interim Application and exhibits and other documents filed in support of the Fourth Interim Application; and the Court having found that the Fourth Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Fourth Interim Application.

2

**ORDERED** that the Fourth Interim Application for the period covering July 1, 2018 through September 30, 2018 (the "Fourth Application Period") is granted; and it is further

**ORDERED** that the fees requested by CM for the Fourth Application Period are allowed on an interim basis in the amount of $205,518.50 (the "Allowed Fees"); and it is further

**ORDERED** that CM's request for reimbursement of its out-of-pocket expenses for the Fourth Application Period is allowed on an interim basis in the amount of $336.27; and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership assets, to the extent not already paid (i) the Allowed Fees, less twenty (20%) percent of the Allowed Fees, plus (ii) 100% of the allowed out-of-pocket expenses of Applicants.

SO ORDERED.

_____
U.S.D.J.

Dated: Brooklyn, New York
         January ~~17~~ 18, 2019