

| | | |
|---|---|---|
| NEW YORK | **Duane Morris®** | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

May 14, 2019

VIA ECF

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>United States Securities and Exchange Commission v. Platinum Management (NY) LLC; 1:16-cv-6848-BMC</u>

Dear Judge Cogan:

      We represent the Estate of Uri Landesman (the "Estate") in the above-referenced action. We write in response to the Court's order dated May 11, 2019, directing the Estate to inform the Court of the Estate's representative within seven days. The Estate's representative is Dean Grayson.

                                    Respectfully submitted,

                                      /s/ Eric R. Breslin
                                    Eric R. Breslin

cc: All counsel of record (via ECF)

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*         GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800        PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429