UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :
:
                    Plaintiff,         :
:
  -v-                                        :      No. 16-cv-6848 (BMC)
:
PLATINUM MANAGEMENT (NY) LLC;            :
PLATINUM CREDIT MANAGEMENT, L.P.;    :
MARK NORDLICHT;                           :
DAVID LEVY;                                   :
DANIEL SMALL;                               :
DEAN GRAYSON, as representative of the    :
estate of Uri Landesman;                      :
JOSEPH MANN;                                 :
JOSEPH SANFILIPPO; and                   :
JEFFREYSHULSE,                            :
                            Defendants.    :
---------------------------------------------------------------X

## ORDER APPROVING FIFTH INTERIM AND FINAL APPLICATION OF CONWAY MACKENZIE CAPITAL ADVISORS, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD OCTOBER 1, 2018 THROUGH DECEMBER 31, 2018

THIS MATTER coming before the Court on the Fifth Interim and Final Application of Conway Mackenzie Capital Advisors, LLC, ("CM") as consultant and investment banker to Melanie L. Cyganowski, the Court-appointed receiver (the "Receiver"), for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period October 1, 2018 Through December 31, 2018 (the "Fifth Interim and Final Application")[1] [Dkt. No. 470]; and the Court having considered the Fifth Interim and Final Application and exhibits and other documents filed in support of the Fifth Interim and Final Application; and the Court having found that the Fifth Interim and Final Application complies with applicable standards for

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Fifth Interim Application.

awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

**ORDERED** that the Fifth Interim and Final Application for the period covering October 1, 2018 through December 31, 2018 (the "Fifth Application Period") is granted; and it is further

**ORDERED** that the fees requested by CM for the Fifth Application Period are allowed on an interim basis in the amount of $37,334.50 (the "Allowed Fees"); and it is further

**ORDERED** that CM's request for reimbursement of its out-of-pocket expenses for the Fifth Application Period is allowed on an interim basis in the amount of $8.29; and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership assets, to the extent not already paid (i) the Allowed Fees, less twenty (20%) percent of the Allowed Fees, plus (ii) 100% of the allowed out-of-pocket expenses of Applicants.

SO ORDERED.

_____
U.S.D.J.

Dated: Brooklyn, New York
       July x̶x̶, 2019
          15