UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,  :
                                       Plaintiff,    :
                                                :
     -v-                                :     No. 16-cv-6848 (BMC)
                                                :
PLATINUM MANAGEMENT (NY) LLC;    :
PLATINUM CREDIT MANAGEMENT, L.P.;  :
MARK NORDLICHT;                   :
DAVID LEVY;                       :
DANIEL SMALL;                     :
DEAN GRAYSON, as representative of the :
estate of Uri Landesman;          :
JOSEPH MANN;                      :
JOSEPH SANFILIPPO; and             :
JEFFREY SHULSE,                   :
                                  Defendants.   :
---------------------------------------------------------------X

## ORDER APPROVING SIXTH INTERIM APPLICATION
## OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD
## <u>OCTOBER 1, 2018 THROUGH DECEMBER 31, 2018</u>

THIS MATTER coming before the Court on the Sixth Interim Application of Goldin Associates, LLC ("Goldin") for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period October 1, 2018 through December 31, 2018 (the "Sixth Interim Application")[1] [Dkt. No. 468]; and the Court having considered the Sixth Interim Application and exhibits and other documents filed in support of the Sixth Interim Application; and the Court having found that the Sixth Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Sixth Interim Application.

**ORDERED** that the Sixth Interim Application for the period covering October 1, 2018 through December 31, 2018 (the "Sixth Application Period") is granted; and it is further

**ORDERED** that Goldin's compensation for the Sixth Application Period is allowed on an interim basis in the amount of $834,330.38 in (the "Allowed Fees"); and it is further

**ORDERED** that Goldin's request for reimbursement of its out-of-pocket expenses for the Sixth Application Period is allowed on an interim basis in the amount of $1,956.81; and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership assets (i) the Allowed Fees, less twenty percent (20%) of the Allowed Fees (the "Holdback Amount"), plus (ii) 100% of the allowed out-of-pocket expenses of Goldin.

SO ORDERED.

_____
U.S.D.J.

Dated: Brooklyn, New York
July kk, 2019
    15