UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :
:
                     Plaintiff, :
:
  -v-                               :      16-cv-6848 (BMC)
:
PLATINUM MANAGEMENT (NY) LLC; :
PLATINUM CREDIT MANAGEMENT, L.P.; :
MARK NORDLICHT; :
DAVID LEVY; :
DANIEL SMALL; :
DEAN GRAYSON, as representative of the :
estate of Uri Landesman; :
JOSEPH MANN; :
JOSEPH SANFILIPPO; and :
JEFFREY SHULSE, :
:
                     Defendants. :
------------------------------------------------------------X

**ORDER APPROVING EIGHTH INTERIM APPLICATION
OF GOLDIN ASSOCIATES FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED DURING
THE PERIOD APRIL 1, 2019 THROUGH JUNE 30, 2019**

THIS MATTER coming before the Court on the Eighth Interim Application of Goldin Associates, LLC ("Goldin") for Allowances of Compensation and Reimbursement of Expenses incurred during the period April 1, 2019 through June 30, 2019 (the "<u>Eighth Interim Application</u>") [503]; and the Court having considered the Eighth Interim Application and exhibits and other documents filed in support of the Eighth Interim Application; and the Court having found that the Eighth Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

**ORDERED** that the Eighth Interim Application for the period covering April 1, 2019 through June 30, 2019 (the "Eighth Application Period") is granted; and it is further

**ORDERED** that the Goldin's compensation for the Eighth Application Period is allowed on an interim basis in the amount of $259,250.84 (the "Allowed Fees"); and it is further

**ORDERED** that Goldin's request for reimbursement of its out-of-pocket expenses for the Eighth Application Period is allowed on an interim basis in the amount of $597.41; and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership assets (i) the allowed fees, less the Holdback Amount,[1] plus (ii) 100% of the allowed out-of-pocket expenses of Goldin.

**SO ORDERED.**

_____
U.S.D.J.

Dated: Brooklyn, New York
       December 23, 2019

---

[1] The "Holdback Amount" is: (a) twenty percent (20%) of the fees requested in the Eighth Interim Application with respect to all activity categories, (b) except for the fees approved for Goldin with respect to the "Litigation Consulting" category, for which the receiver will hold back five percent (5%) in view of the fee accommodation the applicant described in footnote 3 of its Eighth Interim Application [503].