UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :
                                                            :
                              Plaintiff,                    :
                                                            :
          -v-                                               :          16-cv-6848 (BMC)
                                                            :
PLATINUM MANAGEMENT (NY) LLC;                               :
PLATINUM CREDIT MANAGEMENT, L.P.;                           :
MARK NORDLICHT;                                             :
DAVID LEVY;                                                 :
DANIEL SMALL;                                               :
JOSEPH MANN;                                                :
JOSEPH SANFILIPPO; and                                      :
JEFFREY SHULSE,                                             :
                                                            :
                              Defendants.                   :
--------------------------------------------------------------X

**ORDER APPROVING ELEVENTH JOINT INTERIM APPLICATION OF
THE RECEIVER AND OTTERBOURG P.C. FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING
THE PERIOD JANUARY 1, 2020 THROUGH MARCH 31, 2020**

THIS MATTER coming before the Court on the Eleventh Joint Interim Application of

Melanie L. Cyganowski, the duly appointed receiver herein (the "Receiver") and Otterbourg P.C.

("Otterbourg"), counsel for the Receiver, for Allowance of Compensation and Reimbursement of

Expenses Incurred during the period January 1, 2020 through March 31, 2020 (the "Eleventh

Interim Application") [530]; and the Court having considered the Eleventh Interim

Application and exhibits and other documents filed in support of the Eleventh Interim

Application; and the Court having found that the Eleventh Interim Application complies with

applicable standards for awarding fees and expenses; and after due deliberation and for good and

sufficient cause shown; it is hereby

**ORDERED** that the Eleventh Interim Application for the period covering January 1,

2020 through March 31, 2020 (the "Eleventh Application Period") is granted; and it is further

**ORDERED** that the Receiver's compensation for the Eleventh Application Period is

allowed on an interim basis in the amount of $102,206.40 (the "Allowed Receiver Fees"); and it

is further

**ORDERED** that the fees requested by Otterbourg for the Eleventh Application Period

are allowed on an interim basis in the amount of $1,213,020.30 (the "Allowed Otterbourg

Fees" and, together with the Allowed Receiver Fees, the "Allowed Fees"); and it is further

**ORDERED** that the Receiver's request for reimbursement of her out-of-pocket expenses

for the Eleventh Application Period is allowed on an interim basis in the amount of $1,366.19;

and it is further

**ORDERED** that Otterbourg's request for reimbursement of its out-of-pocket expenses

for the Eleventh Application Period is allowed on an interim basis in the amount of $22,744.39;

and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership

assets (i) the allowed fees, less the Holdback Amount,[1] plus (ii) 100% of the allowed out-of-

pocket expenses of Applicants.

 **SO ORDERED.**

_____
                                                     U.S.D.J.

Dated: Brooklyn, New York
       June 4, 2020

---

[1] The "Holdback Amount" is: (a) twenty percent (20%) of the fees requested in the Eleventh Interim Application
with respect to all project codes, (b) except for the fees approved for Otterbourgh with respect to the "Beechwood
Action" and the "Arbitration," for which applicants will hold back five percent (5%) in view of the additional fee
accommodations taken at this time with respect to those two projects.