UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────────────────X
SECURITIES AND EXCHANGE COMMISSION, :
                                        :
                    Plaintiff,          :
                                        :
    -v-                                 :          16-cv-6848 (BMC)
                                        :
PLATINUM MANAGEMENT (NY) LLC;           :
PLATINUM CREDIT MANAGEMENT, L.P.;       :
MARK NORDLICHT;                         :
DAVID LEVY;                             :
DANIEL SMALL;                           :
JOSEPH MANN;                            :
JOSEPH SANFILIPPO; and                  :
JEFFREY SHULSE,                         :
                                        :
                    Defendants.         :
──────────────────────────────────────────X

**ORDER APPROVING ELEVENTH INTERIM APPLICATION OF
GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED DURING
THE PERIOD JANUARY 1, 2020 THROUGH MARCH 31, 2020**

THIS MATTER coming before the Court on the Eleventh Interim Application of Goldin Associates, LLC ("Goldin") for Allowances of Compensation and Reimbursement of Expenses incurred during the period January 1, 2020 through March 31, 2020 (the "Eleventh Interim Application") [531]; and the Court having considered the Eleventh Interim Application and exhibits and other documents filed in support of the Eleventh Interim Application; and the Court having found that the Eleventh Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

**ORDERED** that the Eleventh Interim Application for the period covering January 1, 2020 through March 31, 2020 (the "Eleventh Application Period") is granted; and it is further

**ORDERED** that Goldin's compensation for the Eleventh Application Period is allowed on an interim basis in the amount of $137,160.56 (the "Allowed Fees"); and it is further

**ORDERED** that Goldin's request for reimbursement of its out-of-pocket expenses for the Eleventh Application Period is allowed on an interim basis in the amount of $41.29; and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership assets (i) the allowed fees, less the Holdback Amount,[1] plus (ii) 100% of the allowed out-of-pocket expenses of Goldin.

**SO ORDERED.**

_____
U.S.D.J.

Dated: Brooklyn, New York
       June 4, 2020

---

[1] The "Holdback Amount" is: (a) twenty percent (20%) of the fees requested in the Eleventh Interim Application with respect to all activity categories, (b) except for the fees approved for Goldin with respect to the "Litigation Consulting" category, for which the receiver will hold back five percent (5%) in view of the fee accommodation the applicant described in footnote 2 of its Eleventh Interim Application [531].