

230 Park Avenue
New York, NY 10169
otterbourg.com
212 661 9100

Erik B. Weinick
Of Counsel
eweinick@otterbourg.com
212 905 3672

November 16, 2020

**VIA ECF**

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Securities and Exchange Commission v. Platinum Management (NY) LLC,
               Civil Case No. 1:16-cv-06848-BMC

Dear Judge Cogan:

      As you are aware, we are counsel to Melanie L. Cyganowski, as Receiver in the captioned matter. We write in response to the November 6, 2020 letter submitted to Your Honor by Nathaniel J. Kritzer, on behalf of Richard and Marisa Stadtmauer, and posted to the Docket in this matter as Docket Entry No. 547 (the "Letter").

      Specifically, we write to confirm that the Receiver has no objection to the relief sought by the Letter. In addition, the Receiver has conferred with the Securities & Exchange Commission ("SEC") regarding the relief requested and the SEC has authorized the Receiver to inform Your Honor that the SEC also does not object to the relief sought by the Letter.

      We are available at Your Honor's convenience should Your Honor have any questions.

      Thank you for your continued courtesies.

                                      Respectfully submitted,

                                      */s/ Erik B. Weinick*
                                      Erik B. Weinick

6351202.1