UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,  :
:
                     Plaintiff,        :
:
  -v-                              :      No. 16-cv-6848 (BMC)
:
PLATINUM MANAGEMENT (NY) LLC;  :
PLATINUM CREDIT MANAGEMENT, L.P.;  :
MARK NORDLICHT;  :
DAVID LEVY;  :
DANIEL SMALL; DEAN GRAYSON, as  :
representative of the estate of Uri Landesman;  :
JOSEPH MANN;  :
JOSEPH SANFILIPPO; and  :
JEFFREY SHULSE,  :
:
                     Defendants.    :
------------------------------------------------------------X

**ORDER APPROVING THIRTEENTH INTERIM APPLICATION
OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD
<u>JULY 1, 2020 THROUGH SEPTEMBER 30, 2020</u>**

THIS MATTER coming before the Court on the Thirteenth Interim Application of Goldin Associates, LLC ("Goldin") for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period July 1, 2020 through September 30, 2020 (the "Thirteenth Interim Application")[1] [Dkt. No. 556]; and the Court having considered the Thirteenth Interim Application and exhibits and other documents filed in support of the Thirteenth Interim Application; and the Court having found that the Thirteenth Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Thirteenth Interim Application.

**ORDERED** that the Thirteenth Interim Application for the period covering July 1, 2020 through September 30, 2020 (the "Thirteenth Application Period") is granted; and it is further

**ORDERED** that Goldin's compensation for the Thirteenth Application Period is allowed on an interim basis in the amount of $80,642.25 (the "Allowed Fees"); and it is further

**ORDERED** that Goldin's request for reimbursement of its out-of-pocket expenses for the Thirteenth Application Period is allowed on an interim basis in the amount of $51.55; and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership assets (i) the Allowed Fees, less the Holdback Amount; plus (ii) 100% of the allowed out-of-pocket expenses of Goldin.

SO ORDERED.

_Digitally signed by Brian M. Cogan_
U.S.D.J.

Dated:  Brooklyn, New York
         December 19, 2020