UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :
:
                        Plaintiff, :
:
   -v-                                    :        No. 16-cv-6848 (BMC)
:
PLATINUM MANAGEMENT (NY) LLC; :
PLATINUM CREDIT MANAGEMENT, L.P.; :
MARK NORDLICHT; :
DAVID LEVY; :
DANIEL SMALL; DEAN GRAYSON as :
representative of the estate of Uri Landesman; :
JOSEPH MANN; :
JOSEPH SANFILIPPO; and :
JEFFREY SHULSE, :
:
                      Defendants. :
------------------------------------------------------------X

## ORDER APPROVING FIFTEENTH INTERIM APPLICATION
## OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD
## <u>JANUARY 1, 2021 THROUGH MARCH 31, 2021</u>

THIS MATTER coming before the Court on the Fifteenth Interim Application of Goldin Associates, LLC ("Goldin") for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period January 1, 2021 through March 31, 2021 (the "Fifteenth Interim Application")[1] [Dkt. No. 583]; and the Court having considered the Fifteenth Interim Application and exhibits and other documents filed in support of the Fifteenth Interim Application; and the Court having found that the Fifteenth Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Fifteenth Interim Application.

**ORDERED** that the Fifteenth Interim Application for the period covering January 1, 2021 through March 31, 2021 (the "Fifteenth Application Period") is granted; and it is further

**ORDERED** that Goldin's compensation for the Fifteenth Application Period is allowed on an interim basis in the amount of $52,069.50 (the "Allowed Fees"); and it is further

**ORDERED** that Goldin's request for reimbursement of its out-of-pocket expenses for the Fifteenth Application Period is allowed on an interim basis in the amount of $1.92; and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership assets (i) the Allowed Fees, less the Holdback Amount; plus (ii) 100% of the allowed out-of-pocket expenses of Goldin.

SO ORDERED.

                                                                    _Digitally signed by Brian M. Cogan_
                                                                                               U.S.D.J.

Dated: Brooklyn, New York
       August 2, 2021