UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :
:
                         Plaintiff, :
:
  -v-                                       :     No. 16-cv-6848 (BMC)
:
PLATINUM MANAGEMENT (NY) LLC; :
PLATINUM CREDIT MANAGEMENT, L.P.; :
MARK NORDLICHT; :
DAVID LEVY; :
DANIEL SMALL; DEAN GRAYSON as :
representative of the estate of Uri :
Landesman; :
JOSEPH MANN; :
JOSEPH SANFILIPPO; and :
JEFFREY SHULSE, :
                      Defendants. :
-----------------------------------------------------------X

**ORDER APPROVING SIXTEENTH INTERIM APPLICATION OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD <u>APRIL 1, 2021 THROUGH JUNE 30, 2021</u>**

THIS MATTER coming before the Court on the Sixteenth Interim Application of Goldin Associates, LLC ("Goldin") for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period April 1, 2021 through June 30, 2021 (the "Sixteenth Interim Application")[1] [Dkt. No. 596; and the Court having considered the Sixteenth Interim Application and exhibits and other documents filed in support of the Sixteenth Interim Application; and the Court having found that the Sixteenth Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Sixteenth Interim Application.

**ORDERED** that the Sixteenth Interim Application for the period covering April 1, 2021 through June 30, 2021 (the "Sixteenth Application Period") is granted; and it is further

**ORDERED** that Goldin's compensation for the Sixteenth Application Period is allowed on an interim basis in the amount of $91,842.50 (the "Allowed Fees"); and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership assets (i) the Allowed Fees, less the Holdback Amount; plus (ii) 100% of the allowed out-of-pocket expenses of Goldin.

SO ORDERED.

Digitally signed by Brian M. Cogan
_____
U.S.D.J.

Dated: Brooklyn, New York
November 22, 2021