UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :
:
                Plaintiff,  :
:
  -v-                              :    No. 16-cv-6848 (BMC)
:
PLATINUM MANAGEMENT (NY) LLC; :
PLATINUM CREDIT MANAGEMENT, L.P.; :
MARK NORDLICHT; :
DAVID LEVY; :
DANIEL SMALL; :
URI LANDESMAN; :
JOSEPH MANN; :
JOSEPH SANFILIPPO; and :
JEFFREY SHULSE, :
:
                Defendants.  :
------------------------------------------------------------X

**ORDER APPROVING SEVENTEENTH INTERIM APPLICATION OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD JULY 1, 2021 THROUGH SEPTEMBER 30, 2021**

THIS MATTER coming before the Court on the Seventeenth Interim Application of Goldin Associates, LLC ("Goldin") for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period July 1, 2021 through September 30, 2021 (the "Seventeenth Interim Application")[1] [Dkt. No. 605]; and the Court having considered the Seventeenth Interim Application and exhibits and other documents filed in support of the Seventeenth Interim Application; and the Court having found that the Seventeenth Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Seventeenth Interim Application.

**ORDERED** that the Seventeenth Interim Application for the period covering July 1, 2021 through September 30, 2021 (the "Seventeenth Application Period") is granted; and it is further

**ORDERED** that Goldin's compensation for the Seventeenth Application Period is allowed on an interim basis in the amount of $52,170.75 (the "Allowed Fees"); and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership assets (i) the Allowed Fees, less the Holdback Amount; plus (ii) 100% of the allowed out-of-pocket expenses of Goldin.

SO ORDERED.

_____
U.S.D.J.

Dated: Brooklyn, New York
      December 21, 2021