UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiff,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　-v-　　　　　　　　　　　　　　　　　　　:　　No. 16-cv-6848 (BMC)
　　　　　　　　　　　　　　　　　　　　　　　:
PLATINUM MANAGEMENT (NY) LLC;　　　:
PLATINUM CREDIT MANAGEMENT, L.P.;　 :
MARK NORDLICHT;　　　　　　　　　　　　:
DAVID LEVY;　　　　　　　　　　　　　　　:
DANIEL SMALL;　　　　　　　　　　　　　　:
URI LANDESMAN;　　　　　　　　　　　　　:
JOSEPH MANN;　　　　　　　　　　　　　　:
JOSEPH SANFILIPPO; and　　　　　　　　　:
JEFFREY SHULSE,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendants.　　　　　　　　:
----------------------------------------------------------------X

### [PROPOSED] ORDER APPROVING NINETEENTH INTERIM APPLICATION OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD JANUARY 1, 2022 THROUGH MARCH 31, 2022

THIS MATTER coming before the Court on the Nineteenth Interim Application of Goldin Associates, LLC (n/k/a Teneo) ("Goldin") for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period January 1, 2022 through March 31, 2022 (the "Nineteenth Interim Application")[1] [Dkt. No. ____]; and the Court having considered the Nineteenth Interim Application and exhibits and other documents filed in support of the Nineteenth Interim Application; and the Court having found that the Nineteenth Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Nineteenth Interim Application.

**ORDERED** that the Nineteenth Interim Application for the period covering January 1, 2022 through March 31, 2022 (the "Nineteenth Application Period") is granted; and it is further

**ORDERED** that Goldin's compensation for the Nineteenth Application Period is allowed on an interim basis in the amount of $13,259.25 (the "Allowed Fees"); and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership assets (i) the Allowed Fees, less the Holdback Amount; plus (ii) 100% of the allowed out-of-pocket expenses of Goldin.

Dated: _____, 2022
Brooklyn, New York

_____
THE HON. BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK