UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :
:
                       Plaintiff, :
:
  -v- :   No. 16-cv-6848 (BMC)
:
PLATINUM MANAGEMENT (NY) LLC; :
PLATINUM CREDIT MANAGEMENT, L.P.; :
MARK NORDLICHT; :
DAVID LEVY; :
DANIEL SMALL; :
URI LANDESMAN; :
JOSEPH MANN; :
JOSEPH SANFILIPPO; and :
JEFFREY SHULSE, :
:
                      Defendants. :
---------------------------------------------------------------X

**ORDER APPROVING NINETEENTH JOINT INTERIM
APPLICATION OF THE RECEIVER AND OTTERBOURG P.C. FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING
THE PERIOD JANUARY 1, 2022 THROUGH MARCH 31, 2022**

THIS MATTER coming before the Court on the Nineteenth Joint Interim Application of Melanie L. Cyganowski, the duly appointed receiver herein (the "Receiver") and Otterbourg P.C. ("Otterbourg"), counsel for the Receiver, for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period January 1, 2022 through March 31, 2022 (the "Nineteenth Interim Application")[1] [Dkt. No. 641]; and the Court having considered the Nineteenth Interim Application and exhibits and other documents filed in support of the Nineteenth Interim Application; and the Court having found that the Nineteenth Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Nineteenth Interim Application.

**ORDERED** that the Nineteenth Interim Application for the period covering January 1, 2022 through March 31, 2022 (the "Nineteenth Application Period") is granted; and it is further

**ORDERED** that the Receiver's compensation for the Nineteenth Application Period is allowed on an interim basis in the amount of $12,656.40 (the "Allowed Receiver Fees"); and it is further

**ORDERED** that the fees requested by Otterbourg for the Nineteenth Application Period are allowed on an interim basis in the amount of $501,401.70 (the "Allowed Otterbourg Fees" and, together with the Allowed Receiver Fees, the "Allowed Fees"); and it is further

**ORDERED** that Otterbourg's request for reimbursement of its out-of-pocket expenses for the Nineteenth Application Period is allowed on an interim basis in the amount of $4,890.18; and it is further

**ORDERED** that the Receiver is authorized to immediately pay from the Receivership assets (i) the Allowed Fees, less the Holdback Amount, plus (ii) 100% of the allowed out-of-pocket expenses of Applicants.

Dated: _July 28_____, 2022
       Brooklyn, New York

_____
THE HON. BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK